UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, ex rel NICOLE O'NEILL, <br><br> Plaintiffs, <br><br> v. <br><br> SOMINA, INC., PRIMARY ANESTHESIA SERVICES, McKESSON CORPORATION, ROBERT GOLDSTEIN, ROY WINSTON, BYRON MENDENHALL, QUINN GEE, and MARGARET VASSILEV, <br><br> Defendants. | No. 1:15-cv-00433-DAD-EPG <br><br> ORDER UNSEALING COMPLAINT AND NOTICES DECLINING INTERVENTION |

On November 21, 2016, the United States of America filed a notice of election to decline intervention pursuant to 31 U.S.C. § 3730(b)(4)(B). On November 30, 2016, the State of California also filed notice that it was declining to intervene in this action, pursuant to California Government Code § 12652(c)(6)(B).

Accordingly,

1. The complaint shall be unsealed and served upon the defendants by the relator;
2. Following service of the complaint, the relator will serve a copy of this order and the Notices of Election to Decline Intervention filed by the United States of America and the State of California on the defendants;

1

3. All other contents of the court's file entered prior to the date of this order shall remain sealed and shall not be made public or served upon the defendants;

4. No documents entered on the court's docket subsequent to the date of this order shall be sealed, absent a request and subsequent written order of court pursuant to Local Rule 141;

5. The parties to this action shall serve copies of all pleadings and motions filed in this action on the United States and the State of California;

6. The Clerk of Court is directed to serve copies of any orders of court issued in this matter on the United States and the State of California;

7. The parties to this action shall serve all notices of appeal on the United States and the State of California;

8. Should either the relator or the defendants seek to dismiss, settle, or otherwise discontinue this action, both the United States and the State of California will be given notice and an opportunity to be heard, pursuant to 31 U.S.C. § 3730(b)(1) and California Government Code § 12652(c)(1).

IT IS SO ORDERED.

Dated:  **December 16, 2016**

UNITED STATES DISTRICT JUDGE