UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES and the STATE OF CALIFORNIA ex rel. NICOLE O'NEILL, and NICOLE O'NEILL,<br><br>Plaintiff/Relator,<br><br>v.<br><br>SOMNIA, INC., et al.,<br><br>Defendants. | 1:15-cv-00433-DAD-EPG<br><br>JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT |

**ORDER**

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED THAT THE FOLLOWING AMENDED SCHEDULE SHALL GOVERN PROCEEDINGS:

1. June 7, 2017, shall be the last date for Defendants to answer or otherwise respond to Plaintiff's Complaint;

2. July 7, 2017, shall be the last date for Plaintiff to file an opposition to Defendants' answer or challenge to the Complaint;

3. July 17, 2017, shall be the last date for Defendants to respond to Plaintiff's opposition to Defendants' answer or challenge to the Complaint; and

4. The Initial Scheduling Conference currently set for June 13, 2017, is continued and will now be held on July 26, 2017, at 9:30 am. The parties are to file their joint scheduling report one full week prior to the conference. Telephonic appearances are granted with each party directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

IT IS SO ORDERED.

Dated: **May 8, 2017**            /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE

-1-