Michael R. Lindsay (SBN 110845)
mlindsay@nixonpeabody.com
JASON GONZALEZ (SBN 178768)
jgonzalez@nixonpeabody.com
ERIN J. HOLYOKE (SBN 288137)
eholyoke@nixonpeabody.com
MAE HAU (SBN 293641)
mhau@nixonpeabody.com
NIXON PEABODY LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071-3151
Tel: 213-629-6000
Fax: 213-629-6001

BRIAN K. FRENCH (Admitted *Pro Hac Vice*)
bfrench@nixonpeabody.com
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
Tel: 617-345-1000
Fax: 617-345-1300

Attorneys for Defendants
SOMNIA, INC., PRIMARY ANESTHESIA SERVICES, BYRON MENDENHALL, M.D., QUINN GEE, M.D., AND MARGARET VASSILEV, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES and the STATE OF CALIFORNIA *ex rel.* NICOLE O'NEILL, and NICOLE O'NEILL<br><br>Plaintiffs/Relator,<br><br>v.<br><br>SOMNIA, INC., PRIMARY ANESTHESIA SERVICES, PST SERVICES LLC, ROBERT GOLDSTEIN, M.D., ROY WINSTON, M.D., BYRON MENDENHALL, M.D., QUINN GEE, M.D., and MARGARET VASSILEV, M.D., and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 1:15-CV-00433-DAD-EPG<br><br>**ORDER RE: JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

# ORDER

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED THAT THE FOLLOWING AMENDED SCHEDULE SHALL GOVERN PROCEEDINGS:

1. August 21, 2017, shall be the last date for Defendants to answer or otherwise respond to Plaintiff's First Amended Complaint;

2. October 4, 2017, shall be the last date for Plaintiff to file an opposition to Defendants' answer or challenge to the First Amended Complaint;

3. October 18, 2017, shall be the last date for Defendants to respond to Plaintiff's opposition to Defendants' answer or challenge to the First Amended Complaint; and

4. The Initial Scheduling Conference currently noticed for September 27, 2017, is continued and will now be held on December 4, 2017, at 10:30 am before Magistrate Judge Erica P. Grosjean. The parties are reminded to file a joint scheduling report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov. Telephonic appearances are granted with the parties each directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

IT IS SO ORDERED.

Dated: **August 7, 2017**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

-1-