MICHAEL R. LINDSAY (SBN 110845)
mlindsay@nixonpeabody.com
JASON GONZALEZ (SBN 178768)
jgonzalez@nixonpeabody.com
ERIN J. HOLYOKE (SBN 288137)
eholyoke@nixonpeabody.com
MAE HAU (SBN 293641)
mhau@nixonpeabody.com
NIXON PEABODY LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071-3151
Tel: 213-629-6000
Fax: 213-629-6001

BRIAN K. FRENCH (Admitted *Pro Hac Vice*)
bfrench@nixonpeabody.com
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
Tel: 617-345-1000
Fax: 617-345-1300

Attorneys for Defendants
SOMNIA, INC., PRIMARY ANESTHESIA
SERVICES, BYRON MENDENHALL, M.D.,
QUINN GEE, M.D., AND MARGARET VASSILEV, M.D.

**FILED**

SEP 27 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES and the STATE OF CALIFORNIA ex rel. NICOLE O'NEILL. NICOLE O'NEILL<br><br>Plaintiff,<br><br>vs.<br><br>SOMNIA, INC., PRIMARY ANESTHESIA SERVICES, PST SERVICES LLC, ROBERT GOLDSTEIN, M.D., ROY WINSTON, M.D., BRYON MENDENHALL, M.D., QUINN GEE, M.D., AND MARGARET VASSILEV, M.D, AND DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 1:15-CV-00433-DAD-EPG<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**<br><br>Date Action Filed: March 19, 2015<br>Date Second Amended Complaint Filed: February 28, 2018 |

Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program. The parties propose that the VDRP process be completed by December 16, 2018 and that the Neutral file confirmation of that completion by January 1, 2019. There are no suggested modifications to the case management plan and discovery will continue without stay.

Dated: September 26, 2018        NIXON PEABODY LLP

By:  /s/ Michael R. Lindsay
Jason Gonzalez
Michael R. Lindsay
Attorneys for Defendants
SOMNIA, INC., PRIMARY ANESTHESIA SERVICES, BYRON MENDENHALL QUINN GEE, M.D., and MARGARET VASSILEV, M.D.


SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP

TYCKO & ZAVAREEI LLP

Dated: September 26, 2018

By:  /s/ Wilmer J. Harris
Wilmer J. Harris
Stephanie T. Yu
Michael D. Seplow
Andrea R. Gold
Attorneys for Plaintiff/Relator
NICOLE O'NEILL

IT IS SO ORDERED.

Dated: 9/27/18

U.S. Magistrate Judge
Erica P. Grosjean

-1-

STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271