1  W. SCOTT CAMERON (State Bar No. 229828)
   **KING & SPALDING LLP**
2  621 Capitol Mall, Suite 1500
   Sacramento, CA 95814
3  Telephone: (916) 321-4807
   Facsimile: (916) 321-4900
4  Email: scameron@kslaw.com

5  TIMOTHY G. BARBER (Pro Hac Vice)
   BRADLEY J. LINGO (Pro Hac Vice)
6  **KING & SPALDING LLP**
   300 South Tryon Street, Suite 1700
7  Charlotte, NC  28202
   Telephone: (704) 503-2600
8  Facsimile: (704) 503-2622
   Email: tbarber@kslaw.com
9         blingo@kslaw.com

10 *Attorneys for Defendant PST Services LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES and the STATE OF CALIFORNIA *ex rel*. NICOLLE O'NEILL et al.,<br><br>              Plaintiffs/Relator,<br><br>      v.<br><br>SOMNIA, INC. et al.,<br><br>              Defendants. | Case No. 1:15-cv-433-DAD-EPG<br><br>**DEFENDANT PST SERVICES' STATEMENT OF NON-OPPOSITION TO PLAINTIFF-RELATOR'S MOTION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO FRCP RULE 54(b)**<br><br>Action Filed:  March 19, 2015<br><br>Hearing Noticed:  November 6, 2018 at 9:30 (PST Services requests to attend any hearing via a telephonic appearance) |
|---|---|

Defendant PST *Services* LLC ("PST Services") submits this Statement of Non-Opposition to Plaintiff-Relator Nicolle O'Neill's Motion for Entry of Final Judgment Pursuant to FRCP 54(b) (Dkt. 101).  Although PST Services does not concur with a number of the characterizations in Plaintiff-Relator's Motion, PST Services agrees with Plaintiff-Relator's core contentions that:

   1. "The Court's motion to dismiss order is a final adjudication of Relator's claims as to Defendant PST.  The Court's decision on PST's motion to dismiss ended all of Relator's

1        claims against PST.  Relator's remaining claims are directed against Somnia, PAS and
2        individual physicians affiliated with those defendants." Dkt. 101 at 4:16-19.

3   2. "As a result of the Court's ruling, all claims pled against Defendant PST have been
4        dismissed." *Id.* at 3:24-25.

5 Accordingly, PST Services does not oppose Plaintiff-Relator's Motion, which asks this Court to
6 enter final judgment as to all claims brought against Defendant PST Services.

8 Dated: October 11, 2018                       KING & SPALDING LLP

11                                       By: */s/ Scott Cameron*
                                          Scott Cameron

12                                           Attorney for Defendant PST Services

**DEFENDANT PST SERVICES' STATEMENT OF NON-OPPOSITION TO PLAINTIFF-RELATOR'S MOTION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO FRCP RULE 54(b)**