Wilmer J. Harris, SBN 150407
wharris@sshhlaw.com
Stephanie T. Yu, SBN 294405
syu@sshhlaw.com
**SCHONBRUN SEPLOW**
**HARRIS & HOFFMAN LLP**
715 Fremont Ave., Suite A
South Pasadena, CA. 91030
Telephone No.: (626) 441-4129
Facsimile No.: (626) 283-5770
[Additional counsel on following page]

Attorneys for Plaintiff Nicolle O'Neill

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES and the STATE OF CALIFORNIA *ex rel.* NICOLLE O'NEILL, NICOLLE O'NEILL<br><br>Plaintiffs/Relator<br><br>vs.<br><br>SOMNIA, INC., PRIMARY ANESTHESIA SERVICES, PST SERVICES LLC, ROBERT GOLDSTEIN, M.D., ROY WINSTON, M.D., BYRON MENDENHALL, M.D., QUINN GEE, M.D., AND MARGARET VASSILEV, M.D, and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 1:15-CV-00433-DAD-EPG<br><br>**ORDER AND JOINT STIPULATION TO AMEND SCHEDULING ORDER**<br><br>**Complaint Filed:** 09/15/15<br>**Trial Date:** 02/25/2020<br><br>**Judge: Hon. Dale A. Drozd** |

Andrea Gold (*admitted pro hac vice*, DC Bar. No. 502607)
agold@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Suite 1000
Washington, D. C. 20036
Telephone No.: (202) 973-0900
Facsimile No.: (202) 973-0950

Michael D. Seplow, SBN 150183
mseplow@sshhlaw.com
**SCHONBRUN SEPLOW**
**HARRIS & HOFFMAN LLP**
11543 W. Olympic Blvd.
Los Angeles, CA 90064
Telephone No.: (310) 396-0731
Facsimile No.: (310) 399-7040

Attorneys for Plaintiff Nicolle O'Neill

Relator Nicole O'Neill ("Relator") and defendants Somnia, Inc. Primary Anesthesia Services, Byron Mendenhall, M.D., Quinn Gee, M.D., and Margaret Vassilev, M.D. (collectively "Defendants") by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on January 25, 2019, a telephonic informal discovery conference was held before Magistrate Judge Grosjean with counsel for Relator and Defendants appearing;

WHEREAS, the parties and the Court agreed that the parties require substantially more time to agree to, and execute, a sampling protocol of the anesthesia records and bills material to the resolution of this case;

WHEREAS, because extensive time will be required to negotiate and execute an agreed-upon sampling protocol, the current Scheduling Order does not provide sufficient time for the parties to complete discovery in this matter,

THEREFORE, the Parties stipulate to amend the Scheduling Order as follows:

| | |
|---|---|
| **Mediation Completion Deadline**: | November 29, 2019 |
| **Nonexpert Discovery Cutoff**: | February 25, 2020 |
| **Expert Disclosure**: | March 24, 2020 |
| **Rebuttal Expert Disclosure**: | April 22, 2020 |
| **Expert Discovery Cutoff**: | June 2, 2020 |
| **Dispositive Motion Filing Deadline**: | July 14, 2020 |
| **Pretrial Conference**: | November 16, 2020 at 1:30 pm |
| **Jury Trial**: | January 26, 2021 at 8:30 am |

DATED: February 12, 2019        SCHONBRUN SEPLOW
                                HARRIS & HOFFMAN LLP

                                        */s/ Wilmer J. Harris*
                                By: _____
                                        Wilmer J. Harris
                                        Attorneys for Relator/Plaintiff, Nicolle O'Neill

DATED: February 12, 2019      **NIXON PEABODY LLP**

By: */s/ Jason Gonzalez*
Jason Gonzalez

Attorneys for Defendant
SOMNIA, INC., PRIMARY ANESTHESIA SERVICES, PST SERVICES, LLC, BYRON MENDENHALL, M.D., QUINN GEE, M.D., and MARGARET VASSILEV, M.D.

## **ORDER**

Good cause appearing, the Scheduling Order (ECF No. 76) is modified as stipulated by the parties. This schedule should be considered final with no further extensions absent unforeseeable good cause.

IT IS SO ORDERED.

Dated: __**February 12, 2019**__       /s/ *Erwin P. Grosj[...]*
_____
UNITED STATES MAGISTRATE JUDGE