# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES and the STATE OF CALIFORNIA *ex rel.* NICOLLE O'NEILL, NICOLLE O'NEILL,<br><br>Plaintiffs/Relator,<br><br>v.<br><br>SOMNIA, INC., PRIMARY ANESTHESIA SERVICES, PST SERVICES LLC, ROBERT GOLDSTEIN, M.D., ROY WINSTON, M.D., BYRON MENDENHALL, M.D., QUINN GEE, M.D., MARGARET VASSILEV, M.D., and DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No. 1:15-CV-00433-DAD-EPG<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR** |

On January 25, 2019, the Court set a Telephonic Status Conference for today, March 12, 2019, at 9:30 a.m. (ECF No. 112.) Relator/Plaintiff Nicolle O'Neill did not appear for the conference, did not file a request for a continuance of the conference, and did not otherwise notify the Court that she would not be able to attend the conference. Accordingly, the Court orders that Nicolle O'Neill show cause why sanctions should not be issued for her failure to attend a court conference.

\\\

\\\

\\\

1

By no later than **March 18, 2019**, Nicolle O'Neill is ORDERED to file a written response to this Order to Show Cause, explaining her failure to appear at the conference.

IT IS SO ORDERED.

Dated: **March 12, 2019**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2