Wilmer J. Harris, SBN 150407
wharris@sshhlaw.com
Stephanie T. Yu, SBN 294405
syu@sshhlaw.com
**SCHONBRUN SEPLOW**
**HARRIS & HOFFMAN LLP**
715 Fremont Ave., Suite A
South Pasadena, CA. 91030
Telephone No.: (626) 441-4129
Facsimile No.: (626) 283-5770
[Additional counsel on following page]

Attorneys for Plaintiff Nicolle O'Neill

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES and the STATE OF CALIFORNIA *ex rel.* NICOLLE O'NEILL, NICOLLE O'NEILL<br><br>Plaintiffs/Relator<br><br>vs.<br><br>SOMNIA, INC., PRIMARY ANESTHESIA SERVICES, PST SERVICES LLC, ROBERT GOLDSTEIN, M.D., ROY WINSTON, M.D., BYRON MENDENHALL, M.D., QUINN GEE, M.D., AND MARGARET VASSILEV, M.D, and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 1:15-CV-00433-DAD-EPG<br><br>**PLAINTIFF'S RESPONSE RE: ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR; DECLARATIONS OF WILMER J. HARRIS AND KRISTINA AKOPYAN IN SUPPORT THEREOF**<br><br><br>Complaint Filed:   09/15/15<br>Trial Date:             01/26/2021<br><br>Hon. Dale A. Drozd, District Judge<br>Hon. Erica P. Grosjean, Magistrate Judge |

Andrea Gold (*admitted pro hac vice*, DC Bar. No. 502607)
agold@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Suite 1000
Washington, D. C. 20036
Telephone No.: (202) 973-0900
Facsimile No.: (202) 973-0950

Michael D. Seplow, SBN 150183
mseplow@sshhlaw.com
**SCHONBRUN SEPLOW**
**HARRIS & HOFFMAN LLP**
11543 W. Olympic Blvd.
Los Angeles, CA 90064
Telephone No.: (310) 396-0731
Facsimile No.: (310) 399-7040

Attorneys for Plaintiff Nicolle O'Neill

---

PLAINTIFF'S RESPONSE RE: ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR; DECLARATIONS
OF WILMER J. HARRIS AND KRISTINA AKOPYAN IN SUPPORT THEREOF

1

Plaintiff/Relator hereby responds to the Court's Order to Show Cause for Failure to Appear at the Discovery Status Conference on March 12, 2019.

DATED:  March 15, 2019           SCHONBRUN SEPLOW
                                 HARRIS & HOFFMAN LLP

                                         */s/Wilmer J. Harris*
                                 By: _____
                                         Wilmer J. Harris
                                         Attorneys for Plaintiff

**DECLARATION OF WILMER J. HARRIS**

I, Wilmer J. Harris, declare as follows:

1. I am a partner at the law form of Schonbrun Seplow Harris & Hoffman LLP, and I am an attorney admitted to practice before the Courts in California. I am an attorney for Plaintiff/Relator in the case before this Court. I make this declaration in support of Plaintiff's Response Re: Order to Show Cause for Failure to Appear. The facts set forth in this Declaration are true and of my own personal knowledge, except as to those made on information and belief. If called as a witness, I could and would testify competently under oath to the facts set forth herein.

2. The general practice for calendaring at our office is that every member of staff uses a central case management program. My paralegal, Kristina Akopyan, is charged with calendaring court and statutory deadlines. Mail received in our office is scanned and e-mailed to all, including Ms. Akopyan, for calendaring. In addition, Ms. Akopyan is added as a secondary recipient for all electronic filing notifications, including the CM-ECF system. Once she receives email notifications, she enters any hearing and filing deadlines into our case management calendaring system. If a hearing has been entered in the system by anyone other than Ms. Akopyan, she also reviews the source of such an entry and ensures that all deadlines are entered correctly.

3. On January 25, 2019, I appeared telephonically at the Informal Discover Conference in this matter. At the hearing, Judge Grosjean set a further status conference for March 12, 2019 at 9:30 a.m.

4. I normally am not the person who inputs calendaring items into our case management system. However, on this occasion, I was in front of the computer at the conclusion of the telephonic hearing and at 10:53 a.m. (one minute after the appearance concluded) calendared the March 5, 2019 deadline to file a Joint Status Report and the March 12, 2019 hearing. It is now clear that I entered an incorrect time—10:00 a.m. instead of 9:30 a.m.—into the system. Therefore, it was my error that led to the missed 9:30 a.m. appearance.

5. On January 25, 2019, I also informed Ms. Akopyan that the Court had set a

PLAINTIFF'S RESPONSE RE: ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR; DECLARATIONS OF WILMER J. HARRIS AND KRISTINA AKOPYAN IN SUPPORT THEREOF

2

1  further status conference hearing, which I had added to the calendar already, but that the Court
2  would issue an order as well.  I have included Ms. Akopyan's declaration not to attribute fault
3  to her or to minimize my own fault, but instead to apprise the Court that I am aware of the need
4  for error-free calendaring and have systems in place in my office to achieve that.
5  Unfortunately, those systems failed in the instant case.

6      6.      On March 12, 2019, I arrived at the office shortly after 9:00 a.m. in advance of
7  what I thought was a 10:00 a.m. hearing.  My secretary, Stephanie Rodriguez, was already at
8  her desk upon my arrival.  Sometime before 9:45 a.m. Ms. Rodriguez informed me that she had
9  received a phone call from the receptionist at our West Los Angeles office informing me that
10 the courtroom deputy for Judge Grosjean had contacted our West Los Angeles office regarding
11 my appearance at the hearing, which had already passed at 9:30 a.m.

12      7.      I contacted the court clerk immediately after and left a message. Thereafter, I
13 tried to connect to the hearing using the call number provided by the court, but by then the
14 hearing had concluded.  I called the court clerk again, who informed me that the hearing had
15 concluded and that the Court would be issuing an Order to Show Cause.

16      8.      I have provided this information as an explanation for the missed appearance per
17 the Court's Order, not as an excuse.  I am aware that my error wasted judicial resources,
18 including the time of the Court and opposing counsel.  I regret my error and apologize to the
19 Court and counsel.

20      9.      As the parties set forth in the Joint Status Report, the parties have narrowed their
21 discovery disputes, which will make the resulting Motion to Compel more streamlined.

22      10.     Further, as stated in the Joint Status Report, the parties are proceeding on March
23 21, 2019 in New York with the initial deposition of defendant Somnia focused on the storage,
24 maintenance and retrievability of data needed for the sampling protocol the parties hope to
25 generate in this matter.
26 ///
27 ///
28 ///

11. For these reasons, I propose that the Court set a Further Status Conference on a date convenient to its calendar in approximately 60 days at which time the parties may apprise the Court of the status of discovery.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on March 15, 2019, at South Pasadena, California.

___/s/Wilmer J. Harris_____

Wilmer J. Harris

**DECLARATION OF KRISTINA AKOPYAN**

I, Kristina Akopyan, declare as follows:

1.      I am a paralegal with the firm of Schonbrun Seplow Harris & Hoffman LLP, attorneys of record for Plaintiff/Relator.  I make this declaration in support of Plaintiff's Response Re: Order to Show Cause for Failure to Appear.  The facts set forth in this Declaration are true and of my own personal knowledge, except as to those made on information and belief.  If called as a witness, I could and would testify competently under oath to the facts set forth herein.

2.      I graduated from University of California at Irvine with degrees in Biology and History and completed the Paralegal Program and received her ABA Approved Paralegal Certificate from University of California at Los Angeles Extension in 2004.

3.      I joined Schonbrun Seplow Harris & Hoffman LLP ("SSHH") in 2006 and have been working with Mr. Wilmer J. Harris as his paralegal for the duration of my employment.

4.      At SSHH, one of my job duties is to calendar court and statutory deadlines for all our cases.  We utilize a case management program that all staff at our South Pasadena office can access.

5.      In order to ensure proper calendaring, all mail received in the office is scanned and e-mailed to me for review and calendaring.  In addition, my e-mail address is registered as a secondary e-mail address for Mr. Harris' accounts on the CM-ECF system, which ensures that I receive all court notifications and can calendar properly.

6.      The general practice at our firm is that I calendar all court deadlines when I receive e-mail notifications generated by the CM-ECF system.

7.      On or about January 25, 2019, Mr. Harris informed me that the Court had set a further status conference, which he had added to the calendar.  He also informed me that the Court would issue an order regarding the hearing.

8.      On January 25, 2019, the Court issued its Minutes for the Informal Discovery Dispute Conference and set the further Telephonic Status Conference for March 12, 2019 at 9:30 a.m.

9. I received the notification from the Court and confirmed that the hearing was entered on our calendar. However, I did not confirm the time of the hearing, which had been entered at 10:00 a.m. Since the hearing was already on the calendar, I erroneously concluded that it was calendared and did not confirm the time.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on March 15, 2019, at South Pasadena, California.

_____
Kristina Akopyan