1 | Wilmer J. Harris, SBN 150407
2 | wharris@sshhlaw.com
  | **SCHONBRUN SEPLOW**
3 | **HARRIS & HOFFMAN LLP**
4 | 715 Fremont Ave., Suite A
  | South Pasadena, CA. 91030
5 | Telephone No.: (626) 441-4129
  | Facsimile No.: (626) 283-5770
6 |
7 |
  | Attorneys for Plaintiff Nicole O'Neill
8 |

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES and the STATE OF CALIFORNIA *ex rel.* NICOLE O'NEILL | Case No. 1:15-CV-00433-DAD-EPG |
|---|---|
| Plaintiffs/Relator | **NOTICE OF DESIGNATION OF COUNSEL FOR STEPHANIE T. YU** |
| vs. | |
| SOMNIA, INC., PRIMARY ANESTHESIA SERVICES, MCKESSON CORPORATION, ROBERT GOLDSTEIN, M.D., ROY WINSTON, M.D., BYRON MENDENHALL, M.D., QUINN GEE, M.D., AND MARGARET VASSILEV, M.D, and DOES 1 through 10, inclusive | |
| Defendants. | |

1  PLEASE TAKE NOTICE that the following attorney is no longer counsel
2  of record for Plaintiff/Relator Nicole O'Neill.

Stephanie T. Yu (SBN 294405)

syu@sshhlaw.com

**SCHONBRUN SEPLOW**

**HARRIS & HOFFMAN LLP**

715 Fremont Ave., Suite A

South Pasadena, CA. 91030

Telephone No.: (626) 441-4129

Facsimile No.: (626) 283-5770

DATED:  April 2, 2019         SCHONBRUN SEPLOW
                              HARRIS & HOFFMAN LLP

                                      *s/Wilmer J. Harris*
                              By: _____

                                  Wilmer J. Harris
                                  Michael D. Seplow
                              Attorneys for Relator/Plaintiff, Nicole O'Neill