Wilmer J. Harris, SBN 150407
wharris@sshhlaw.com
Sarah L. Dawley, SBN 325897
sdawley@sshhlaw.com
**SCHONBRUN SEPLOW**
**HARRIS & HOFFMAN LLP**
715 Fremont Ave., Suite A
South Pasadena, CA. 91030
Telephone No.: (626) 441-4129
Facsimile No.: (626) 283-5770
[Additional counsel on following page]

Attorneys for Plaintiff Nicolle O'Neill

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES and the STATE OF CALIFORNIA *ex rel.* NICOLLE O'NEILL, NICOLLE O'NEILL<br><br>Plaintiffs/Relator<br><br>vs.<br><br>SOMNIA, INC., PRIMARY ANESTHESIA SERVICES, PST SERVICES LLC, ROBERT GOLDSTEIN, M.D., ROY WINSTON, M.D., BYRON MENDENHALL, M.D., QUINN GEE, M.D., AND MARGARET VASSILEV, M.D, and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 1:15-CV-00433-DAD-EPG<br><br>**JOINT STATUS REPORT RE: DISCOVERY**<br><br><br><br>**Complaint Filed:**   09/15/2015<br>**Trial Date:**           01/26/2021<br><br>**Judge: Hon. Dale A. Drozd** |

1  Andrea Gold (*admitted pro hac vice*, DC Bar. No. 502607)
   agold@tzlegal.com
2  Sarah C. Kohlhofer (*admitted pro hac vice*)
   skohlhofer@tzlegal.com
3  **TYCKO & ZAVAREEI LLP**
4  1828 L Street NW, Suite 1000
   Washington, D. C. 20036
5  Telephone No.: (202) 973-0900
   Facsimile No.: (202) 973-0950
6
7  Michael D. Seplow, SBN 150183
   mseplow@sshhlaw.com
8  **SCHONBRUN SEPLOW**
   **HARRIS & HOFFMAN LLP**
9  11543 W. Olympic Blvd.
10 Los Angeles, CA 90064
   Telephone No.: (310) 396-0731
11 Facsimile No.: (310) 399-7040
12
13 Attorneys for Plaintiff Nicolle O'Neill
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Relator Nicole O'Neill ("Relator") and defendants Somnia, Inc. Primary Anesthesia Services, Byron Mendenhall, M.D., Quinn Gee, M.D., and Margaret Vassilev, M.D. (collectively "Defendants") by and through their respective counsel of record, hereby submit the following Joint Status Report, as per Magistrate Grosjean's Order of November 25, 2019:

The parties are not on track to complete discovery by the current discovery cutoff of February 25, 2020. Accordingly, the parties request an extension of the discovery cutoff to the maximum extent consistent with maintaining the current trial date of January 26, 2021.

At present, the parties are conferring about the specific nature of a pilot sample of billing and medical records. The pilot sample will consist of a small fraction of the ultimate sample the parties will agree upon and will allow the respective experts to design an agreeable sampling protocol to determine liability and damages. The parties anticipate that the pilot sample will be completed by the end of the year and that completion of the sampling protocol will take an additional three to four months.

The parties have agreed that it would be most efficient to conduct the necessary depositions in this case once the sampling has been completed. The parties believe an additional two months will be sufficient to complete the depositions.

For these reasons, the parties request an extension of the discovery cutoff consistent with the timeline set forth above.

DATED: November 27, 2019        SCHONBRUN SEPLOW
                                HARRIS & HOFFMAN LLP

                                        */s/ Wilmer J. Harris*
                                By: _____
                                    Wilmer J. Harris
                                    Attorneys for Relator/Plaintiff, Nicolle O'Neill

DATED: November 27, 2019        **NIXON PEABODY LLP**

                                        */s/ Jason Gonzalez*
                                By: _____
                                    Jason Gonzalez
                                    Attorneys for Defendant
                                    SOMNIA, INC., PRIMARY ANESTHESIA
                                    SERVICES, PST SERVICES, LLC, BYRON
                                    MENDENHALL, M.D., QUINN GEE, M.D., and
                                    MARGARET VASSILEV, M.D.