UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES and the STATE OF CALIFORNIA EX REL., NICOLLE O'NEILL, NICOLLE O'NEILL<br><br>Plaintiff,<br><br>v.<br><br>SOMNIA INC., et al.,<br><br>Defendants. | Case No. 1:15-cv-00433-DAD-EPG<br><br>ORDER APPROVING STIPULATION TO AMEND SCHEDULING ORDER<br><br>(ECF NO. 141) |

The parties in this matter filed a stipulation on December 13, 2019, to amend the scheduling order. (ECF No. 141.) Upon review of the stipulation, the Court finds good cause to approve same. The scheduling order is amended as follows:

| Event | Old Date | New Date |
|---|---|---|
| Nonexpert Discovery Cutoff | February 25, 2020 | June 30, 2020 |
| Expert Disclosure | March 24, 2020 | May 11, 2020 |
| Rebuttal Expert Disclosure | April 22, 2020 | June 8, 2020 |
| Expert Discovery Cutoff | June 2, 2020 | July 7, 2020 |

\\\

\\\

1

All other dates, including the January 26, 2021, trial date, shall remain unaltered.

IT IS SO ORDERED.

Dated: **December 13, 2019**

/s/ *Erin P. Grojn*
UNITED STATES MAGISTRATE JUDGE