# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES and the STATE OF CALIFORNIA ex rel. NICOLE O'NEILL. NICOLE O'NEILL<br><br>Plaintiff,<br><br>vs.<br><br>SOMNIA, INC., PRIMARY ANESTHESIA SERVICES, PST SERVICES LLC, ROBERT GOLDSTEIN, M.D., ROY WINSTON, M.D., BRYON MENDENHALL, M.D., QUINN GEE, M.D., AND MARGARET VASSILEV, M.D, AND DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 1:15-CV-00433-DAD-EPG<br><br>**JOINT STIPULATION TO CONTINUE SCHEDULE; ORDER; AND DECLARATIONS OF WILMER HARRIS AND JASON GONZALEZ IN SUPPORT OF JOINT STIPULATION**<br><br>Date Action Filed: March 19, 2015 |

Plaintiff Nicole O'Neill ("Plaintiff") and Defendants Somnia, Inc., Primary Anesthesia Services, Byron Mendenhall, M.D., Quinn Gee, M.D. and Margaret Vassilev, M.D. ("Defendants"), by and through their respective counsel of record, and supported by the declarations of Wilmer Harris and Jason Gonzalez filed concurrently herewith and incorporated by reference, hereby jointly stipulate as follows:

WHEREAS, on March 19, 2015, Plaintiff filed under seal her initial Complaint against Defendants;

WHEREAS, in or around April 2017, the filing was unsealed and Defendants were served with the Complaint;

WHEREAS, on June 7, 2017, Defendants filed a Motion to Dismiss;

WHEREAS, rather than oppose the Motion to Dismiss, Plaintiff opted to file an amended complaint on July 7, 2017;

WHEREAS, on August 21, 2017, Defendants filed a Motion to Dismiss Plaintiff's First Amended Complaint;

WHEREAS, on February 2, 2018, the Court ruled on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint;

WHEREAS, on February 28, 2018, Plaintiff filed the operative Second Amended Complaint;

WHEREAS, on February 12, 2019, the Court granted the parties' Joint Stipulation to Amend Scheduling Order;

WHEREAS, on December 4, 2019, a telephonic informal discovery conference was held before Magistrate Judge Grosjean with counsel for Relator and Defendants appearing;

WHEREAS, the parties and the Court agreed that the parties required more time to agree to, and execute, a sampling protocol for the anesthesia records and billing material to the resolution of this case and amended the Scheduling Order as follows:

| | |
|---|---|
| Nonexpert Discovery Cutoff: | June 30, 2020 |
| Expert Disclosure: | May 11, 2020 |
| Rebuttal Expert Disclosure: | June 8, 2020 |
| Expert Discovery Cutoff: | July 7, 2020 |

Except otherwise stated, the prior Scheduling Order remained in effect.

WHEREAS, the parties have diligently been engaged in discovery including producing and reviewing anesthesia records and bills as part of a pilot sample;

1    WHEREAS, the parties have implemented a weekly call between counsel and
2 the parties' respective experts to discuss the sampling procedure and documents;

3    WHEREAS, the parties and their experts have participated in at least four
4 such weekly calls;

5    WHEREAS, Relator has provided a proposal sampling protocol to
6 Defendants and the parties and their experts are engaged in meet and confer
7 regarding Relator's proposal;

8    WHEREAS, this case relates to the 2011 – 2013 time period, and since that
9 time Defendants have changed electronic health and billing records vendors;

10    WHEREAS, some of the technology for generating reports potentially
11 required for sampling from those records is not within Defendants' control;

12    WHEREAS, Defendants' former records vendor for the relevant time period
13 was sold to a new company, causing communication difficulties, but nonetheless
14 Defendants have been in discussions with the new company to create a special
15 project for generating reports to meet the potential needs of the sampling protocol;

16    WHEREAS, Defendants have encountered significant delays and difficulties
17 obtaining certain anesthesia records, bills, and reports from third-parties including
18 Kaweah Delta Medical Center;

19    WHEREAS, due to COVID-19 and the associated government orders and
20 restrictions, the parties are unable to complete discovery including depositions of
21 out-of-state witnesses, as well as the deposition of Relator who currently resides in
22 New Zealand and is unable to travel to the U.S. to have her deposition taken; and

23    WHEREAS, the parties agree that additional time is necessary for Defendants
24 to obtain documents and records from third-parties, finalize the sampling protocol
25 and conduct the sample and finish discovery;

26    THEREFORE, the parties hereby stipulate and request the Court to amend the
27 Scheduling Order as follows:

28    Nonexpert Discovery Cutoff:    March 12, 2021

| | |
|---|---|
| Expert Disclosure: | January 26, 2021 |
| Rebuttal Expert Disclosure: | February 18, 2021 |
| Expert Discovery Cutoff: | March 19, 2021 |
| Last Date for Dispositive Motions | March 26, 2021 |
| Trial: | October 8, 2021 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: May 5, 2020          SCHONBRUN SEPLOW
                            HARRIS & HOFFMAN LLP

                            TYCKO & ZAVAREEI LLP

                                */s/ Wilmer J. Harris*
                            By: _____
                                Wilmer J. Harris
                                Attorneys for Relator/Plaintiff, Nicolle O'Neill

DATED: May 5, 2020          **NIXON PEABODY LLP**

                                */s/ Erin Holyoke*
                            By: _____
                                Erin Holyoke

                            Attorneys for Defendant
                            SOMNIA, INC., PRIMARY ANESTHESIA SERVICES, PST SERVICES, LLC, BYRON MENDENHALL, M.D., QUINN GEE, M.D., and MARGARET VASSILEV, M.D.

I hereby attest that the signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

Dated: May 5, 2020                        **NIXON PEABODY LLP**

By     /s/ *Erin Holyoke*
       MICHAEL R. LINDSAY
       JASON GONZALEZ
       ERIN J. HOLYOKE
       MAE HAU

       Attorneys for Defendants
       SOMNIA, INC., PRIMARY ANESTHESIA SERVICES, BYRON MENDENHALL, M.D., QUINN GEE, M.D., AND MARGARET VASSILEV, M.D.

# ORDER

GOOD CAUSE HAVING BEEN SHOWN AND THE PARTIES HAVING STIPULATED TO THE SAME, the Court finds that the above-stated Stipulation is sanctioned by the Court and shall be and is now the Order of the Court, with the following adjustments to the Pretrial Conference and the Trial Date. The following are the new dates for this matter:

| | |
|---|---|
| Nonexpert Discovery Cutoff: | March 12, 2021 |
| Expert Disclosure: | January 26, 2021 |
| Rebuttal Expert Disclosure: | February 18, 2021 |
| Expert Discovery Cutoff: | March 19, 2021 |
| Last Date for Dispositive Motions: | March 26, 2021 |
| Pretrial Conference: | August 23, 2021, at 1:30 p.m. |
| Trial: | October 19, 2021, at 8:30 a.m. |

IT IS SO ORDERED.

Dated:  **May 5, 2020**                              /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE