```
 1                   UNITED STATES DISTRICT COURT

 2                  EASTERN DISTRICT OF CALIFORNIA

 3  UNITED STATES OF AMERICA,    :  Case No. 1:15-cv-00433-DAD-EPG
    ET AL.,
 4                               :    Fresno, California
        Plaintiffs,                   Friday, December 18, 2020
 5                               :    1:59 p.m.
              v.
 6                               :  TELEPHONIC STATUS CONFERENCE
    SOMNIA, INC., ET AL.,
 7                               :
        Defendants.
 8  : : : : : : : : : : : : : : : :

 9
                       TRANSCRIPT OF PROCEEDINGS
10           BEFORE THE HONORABLE ERICA P. GROSJEAN,
                  UNITED STATES MAGISTRATE JUDGE
11

12  APPEARANCES:

13  For Plaintiff-Relator,      Schonbrun DeSimone
    Nicole O'Neill:             BY:  WILMER J. HARRIS, ESQ.
14                              715 Fremont Ave., Suite A
                                South Pasadena, CA 91030
15
    For the Defendant,          Nixon Peabody LLP
16  Somnia, Inc.:               BY:  JASON P. GONZALEZ, ESQ.
                                300 S. Grand Avenue, Suite 4100
17                              Los Angeles, CA  90071-3151

18
    Court Recorder:             A. TIMKEN
19

20  Transcript prepared by:     JANICE RUSSELL TRANSCRIPTS
                                1418 Red Fox Circle
21                              Severance, CO  80550
                                (757) 422-9089
22                              trussell31@tdsmail.com

23

    Proceedings recorded by electronic sound recording; transcript
24  produced by transcription service.

25
```

```
 1   APPEARANCES (continued):

 2   For Defendant, PST Services    King & Spalding
     LLC:                           BY:  WILLIAM S. CAMERON, ESQ.
 3                                  621 Capitol Mall, Suite 1500
                                    Sacramento, CA   95814
 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1       FRESNO, CALIFORNIA, FRIDAY, DECEMBER 18, 2020, 1:59 P.M.
 2            THE COURTROOM DEPUTY:  Good afternoon.  This is the
 3   Chambers of Judge Grosjean.
 4            May I have your appearances, please?
 5            MR. HARRIS:  Good afternoon.  This is Wilmer Harris
 6   appearing on behalf of plaintiff and the relator.
 7            THE COURTROOM DEPUTY:  Thank you, Mr. Harris.
 8            MR. GONZALEZ:  Good afternoon.  Jason Gonzalez for the
 9   defendant from Nixon Peabody.
10            THE COURTROOM DEPUTY:  I'm sorry.  You said
11   Mr. Gonzalez, Jason Gonzalez?
12            MR. GONZALEZ:  Yes.
13            THE COURTROOM DEPUTY:  Thank you.
14            MR. CAMERON:  Good afternoon.  This is Scott Cameron
15   with King & Spalding for PST Services.
16            THE COURTROOM DEPUTY:  Thank you, Mr. Cameron.  Is it
17   also William Cameron?
18            MR. CAMERON:  Yes, it is.
19            THE COURTROOM DEPUTY:  Thank you very much.
20            AUDIO RECORDER:  Hi.  This is the recorder at the
21   proceeding.  And since this is being recorded, I just want to
22   request that everybody state their name prior to speaking so
23   that we can have a clean record.  Thank you.
24            THE COURT  Are we expecting anyone else today?
25            MR. HARRIS:  Not from plaintiff's side.
```

1        MR. GONZALEZ:  And not from the Somnia side today.
2   Thank you.
3        THE COURT:  Okay.
4        Okay.  This Judge Grosjean.
5        This is the case of the United States, et al. versus
6   Somnia, et al., 15-cv-433, for a telephonic status conference.
7        I think I heard your appearances.  So good afternoon,
8   Mr. Harris, Mr. Gonzalez, and Mr. Cameron.
9        So probably not surprised why I called the status
10  conference.  I recently received a Joint Stipulation to
11  continue the schedule and it, it proposes extending, extending
12  non-expert discovery through June 11, 2021, having the last day
13  for dispositive motions November 17, 2021.
14       This, this case is going into Year 6 and discovery
15  going into Year 3.  And I'll, I'll admit I, don't remember,
16  well, some of you, I know were -- we, we had status conferences
17  a couple years ago when I, I was pushing this case to go
18  forward and it, it looks like it really, well, it didn't and
19  it, it stalled again.  Last time we spoke was in December 2019
20  and while I, I see that there have been, at least recently,
21  monthly meetings.  It's not a lot that happened between
22  December 2019 and now.
23       I -- I'm -- I am going to grant the extension, but
24  the, the reason I'm doing it this way is to do it on the record
25  and, and have you all give assurances that this is, is going to

1   be firm so that if there is a further extension that's

2   requested, you, you all hear I might not grant it.  You, you'll

3   have what you have at that point.

4           I -- I -- I appreciate, of course, that, that COVID

5   was an issue, but it, that's not the only issue for, for a

6   three-hour -- I'm sorry -- a three-year discovery period and,

7   and it's -- it's a concerning -- it's a concerning amount of

8   time.  I'll also note, although this is kind of the, the least

9   of our worries, but I, that there's discussions about the

10  inability to do depositions for out-of-state witnesses who are

11  in New Zealand.  I, I will say that I think most people are

12  doing remote depositions right now, at least most of the

13  parties that are before me.  And I'm not going to order that

14  today, but I, I'm going to endorse that and maybe, put another

15  way, if those depositions can't be done due to this, I -- I --

16  I'm not sure I would grant additional time for that.  I, I

17  think they can be done remotely and that shouldn't be an

18  impediment.

19          So that, that's the main reason why I wanted to, to

20  speak with you all.  So I, I'm just going to ask as each of you

21  folks comment that I hope that you comment some, some version

22  of "We, we understand that.  We're, we're diligently going

23  forward in discovery and we, we understand that, that we can't

24  take for granted that there will be another discovery

25  extension."

1          So, Mr. Harris, what do you want to say?

2          MR. HARRIS:  Thank you, your Honor.  And again, this
3    is Wilmer Harris.

4          My response to that, your Honor, is essentially
5    compatible with the Court that the parties in setting forth the
6    factual basis for the Joint Stipulation anticipated that the
7    Court might have questions about what is being pursued.  We'd
8    hoped and we attempted in the Stipulation to give the Court
9    specific deadlines by which the parties expect to be able to
10   pursue in an orderly fashion to conclude the sampling process
11   described in some detail in the Stipulation, along with
12   expected dates of completion.

13         So we were attempting to assure the Court both in the
14   Stipulation and again now that the parties appreciate the fact
15   that we need to move expeditiously and to set reasonable
16   deadlines by which the Court could hold us accountable in, in
17   terms of any future requests, which we certainly don't expect
18   any.  We never hope to have to request one.  But the, the
19   timeframes set forth in the Joint Stipulation and the
20   associated declarations reflect -- I, I think I can speak for
21   both parties -- in our considered opinion after significant
22   consultation with our experts how, how long each of the various
23   aspects of the sampling protocol will take to complete going
24   forward and this is what we hope to be the final continuance of
25   the Court.  We hope to be able to complete things and expect to

1  be able to conclude things in the manner as set forth in the
2  Stipulation.
3       So again, I appreciate the Court's indulgence and it's
4  certainly our expectation that we will not be in a position to
5  request further time if, if the timelines set forth in the
6  Stipulation are met and adhered to going forward.
7       THE COURT:  Thank you.
8       Mr. Gonzalez?
9       MR. GONZALEZ:  Yes, your Honor.  Thank you.
10      Message received.  We, we do not expect a need for
11 additional continuance and, and expect not to ask for one.  And
12 the Court's comments are very much appreciated.
13      One thing I will just add is that, as the Court likely
14 recalls, the operative complaint in this wasn't really reached
15 until February 2018 which, you know, this case was filed much
16 earlier except it was under seal and there were various
17 procedural motions going on.
18      And the parties have been working on this sampling
19 protocol.  That is what has taken the time that, that has
20 elapsed and our hope is and it's our expectation that all this
21 preliminary work in reaching a sampling protocol that everybody
22 agrees on will enable us to eliminate a lot of the back-end
23 work relating to document production and disputes about the
24 level and amount of production and at the end of the day, we're
25 hopeful that the experts will agree on some parameters for what

```
 1  medical records and billing records are or are not accurate and
 2  our hope, again, is that that determination will enable us to
 3  really get to the bottom of the case, you know, fairly quickly
 4  once the determination's made and, and, ideally, reach a
 5  settlement or at least sharply narrow the histories for trial.
 6           So we're hoping that the work to be done, although
 7  it's taken a while, will ultimately be for the benefit of
 8  everyone involved.
 9           Thank you, your Honor.
10           THE COURT:  Thank you.
11           Mr. Cameron?
12           MR. CAMERON:  Thank you, your Honor.
13           PST Services, as you may recall, really is not
14  participating in the action anymore.  I think all parties agree
15  that the Court's ruling on the motion to dismiss has disposed
16  of all of the claims against PST Services.
17           So we're not involved in the discovery going on.
18  Really, the only reason that I'm calling in today just because,
19  given that judgment has not yet been entered, we just didn't
20  want to completely lose track of everything that's going on in
21  the case.  So just to keep abreast of, of the big picture.
22           THE COURT: Okay.  Thank you.
23           Okay.  Then, then we will give you the extension.
24           I'll note that -- sorry.  I'm referring to Document
25  146, Page 6, and, and, and I'll actually read them off in, in
```

```
 1  part, so that my, my courtroom deputy has them as well.
 2          So the non-expert discovery cutoff will be June 11,
 3  2021; expert disclosure deadline, September 3, 2021; rebuttal
 4  expert disclosures, October 1, 2021; expert discovery cutoff,
 5  November 3, 2021.
 6          Let me pause on the next one.  You, you propose the
 7  last date for dispositive motions on November 17, 2021.  That's
 8  pretty close to your expert discovery cutoff.  I guess I want
 9  to make sure that's realistic while we're here and if -- this
10  is probably the time -- if you think you'll, you need more
11  time, this is, this is the time to do it.
12          Mr. Gonzalez, what, what do you think about that date?
13  Do you really want November 17, 2021?
14          MR. GONZALEZ:  Yeah, your Honor.  I think we can work
15  with that.  I -- I -- again, the hope is and expectation and,
16  and given the sampling situation now, I think we'll be in a
17  situation where things are pretty well settled as soon as they
18  announce this is done with respect to what the issues are and
19  whether any dispositive motions will be appropriate and, and
20  how they can be put together.
21          So we did think about that.  I appreciate the Court's
22  inquiry, but I think we're okay with it.
23          THE COURT:  Okay.  Okay.
24          So we'll do that last date.
25          From there, I, I'm going to ask my courtroom deputy to
```

1  -- and, and not -- we probably aren't going to get it on the

2  phone now -- to run a pre-trial conference and trial date based

3  on those.  It -- it's, it's going to be later.  Judge Drozd is

4  taking a fair amount of time for resolving dispositive motions.

5         So I -- I -- when, when we issue an order after this I

6  -- we'll -- we'll get one that consults with his calendar for a

7  pre-trial conference and trial.  Okay.

8         While I have you, I, I also want to talk about

9  settlement communications.

10         For this purpose, can -- can - I, I'd like to go off

11  the record.

12    (Off the record from 2:11 p.m., until 2:14 p.m.)

13         THE COURT:  Are you there?

14         AUDIO RECORDER:  Yes, Judge.  We're back on the

15  record.

16         THE COURT:  Okay.  Thank you.

17         So when we were off the record we discussed potential

18  settlement communications and, and when that might make sense

19  and, and I confirmed I wasn't ordering anything now, but I'm

20  encouraging the parties to confer and saying that the, the

21  Court will make itself available or, or help find another

22  magistrate judge to do that, a settlement conference, if that

23  would be of assistance.  Right now, we're doing them via Zoom

24  at a time that you might want it.  I, I don't know whether it

25  will be Zoom or, or in person.

1            So I, now I'm just thinking whether there's anything
2   further that I want in terms of either a status conference or a
3   report about potential settlement.  Let's, let's put a status
4   conference.  How about --
5            Madam Clerk, can you find something?  How about, how
6   about late June at the earliest time.
7            THE COURTROOM DEPUTY:  Yes.  Let me look, please.
8            THE COURT:  Okay.
9            And that's a date at least I'll check in and that'll
10  be another time that I'll, I'll ask about this and if, if you
11  folks are closer or if I can help at least encourage that to be
12  considered.
13           MR. GONZALEZ:  That sounds great, your Honor.
14           MR. HARRIS:  Wilmer Harris.  That's fine with us as
15  well, your Honor.
16           THE COURT:  Okay.  Okay.  Thank you, Mr. Harris.
17           THE COURTROOM DEPUTY:  How about, how about Monday,
18  June 28th, at 2:30 p.m.?
19           MR. GONZALEZ:  This is Jason Gonzalez.
20           MR. HARRIS:  Wilmer Harris.  That's clear.
21           MR. GONZALEZ:  That's --
22           MR. HARRIS:  I'm sorry.  Go ahead, Mr. Gonzalez.
23           MR. GONZALEZ:  I was just going to say it's clear with
24  me, too.  Thank you.
25           MR. HARRIS:  Yeah.  Wilmer Harris.  It's also clear

1  with plaintiff-relator.

2          THE COURTROOM DEPUTY:  Okay.  Thank you very much.

3          THE COURT:  All right.  We'll put that on for a status
4  conference and one week before that, I'd, I'd like a joint
5  status report -- and keep it brief -- and you could put it
6  there or just be ready to discuss about, about the question of
7  whether you might be in a position to discuss settlement at
8  that time.

9          Finally, I'm, I'm just reminding you, since it's been
10 so long, that if you do have any discovery disputes, contact my
11 courtroom deputy to set up an informal conference and we'll,
12 we'll have one of those before you file a motion to compel.  I
13 think those -- those -- in fact, I looked.  Way back in the day
14 we did do one, but it's been a little while.  I just note that
15 that, that that's available.

16         Okay.  That's, that's all that I had on my list.

17         Let me just check in with the parties before we
18 conclude.

19         Mr. Harris, anything else?

20         MR. HARRIS:  Wilmer Harris.  Nothing further.  Thank
21 you.

22         THE COURT:  Thank you.

23         Mr. Gonzalez?

24         MR. GONZALEZ:  Nothing further, your Honor.  Thank
25 you.

1           THE COURT:  And Mr. Cameron?

2           MR. CAMERON:  Nothing further, your Honor.  Thank you.

3           THE COURT:  Okay.  Thank you for making some time this
4    afternoon to discuss it.  We'll, we'll issue that order.

5           And I, I hope everybody can have a safe and as, as
6    happy holidays as you can over the next few weeks.

7           Thank you very much.

8           And court is adjourned.

9           MR. GONZALEZ:  Thank you, your Honor.

10          MR. CAMERON:  Thank you, your Honor.

11       (Proceedings concluded at 2:18 p.m.)

12

13

14                           CERTIFICATE

15          I, court approved transcriber, certify that the
16   foregoing is a correct transcript from the official electronic
17   sound recording of the proceedings in the above-entitled
18   matter.

19   */s/ Janice Russell*                        May 5, 2021

20   Janice Russell, Transcriber                  Date

21

22

23

24

25