1
2
3
4
5
6
7
8

Wilmer J. Harris, SBN 150407
wharris@sshhzlaw.com
Sarah L. Dawley, SBN 325897
sdawley@sshhzlaw.com
**SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES LLP**
715 Fremont Ave., Suite A
South Pasadena, CA. 91030
Telephone No.: (626) 441-4129
Facsimile No.: (626) 283-5770

[Additional counsel on following page]

Attorneys for Plaintiff Nicole O'Neill

9
10
11

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

12
13
14
15
16
17
18
19
20
21

UNITED STATES and the STATE OF
CALIFORNIA ex rel. NICOLLE O'NEILL,
NICOLLE O'NEILL

Plaintiffs/Relator

vs.

SOMNIA, INC., PRIMARY ANESTHESIA
SERVICES, PST SERVICES LLC,
ROBERT GOLDSTEIN, M.D., ROY
WINSTON, M.D., BYRON
MENDENHALL, M.D., QUINN GEE,
M.D., AND MARGARET VASSILEV,
M.D, and DOES 1 through 10, inclusive
Defendants.

Case No. 1:15-CV-00433-DAD-EPG

**STIPULATION AND [PROPOSED]
ORDER TO DISMISS DEFENDANTS DR.
ROBERT GOLDSTEIN, M.D., ROY
WINSTON, M.D., AND MARGARET
VASSILEV, M.D.**

Hon. Dale A. Drozd

Complaint filed: September 15, 2015
Discovery cut-off: June 11, 2021
Trial Date: June 28, 2022

22
23
24
25
26
27
28

---

STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANTS DR. ROBERT GOLDSTEIN, M.D.,
ROY WINSTON, M.D., AND MARGARET VASSILEV, M.D.

4828-1937-8924.1

Andrea Gold, *Appearing Pro Hac Vice*
agold@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Suite 1000
Washington, DC 20036
Telephone No.: (202) 973-0900
Facsimile No.: (202) 973-0950

Mallory Morales, SBN 324094
mmorales@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1970 Broadway - Suite 1070
Oakland, CA 94612
Telephone No.: (510) 254-6810
Facsimile No.: (202) 973-0950

Michael D. Seplow, SBN 150183
mseplow@sshhlaw.com
**SCHONBRUN SEPLOW HARRIS**
**HOFFMAN & ZELDES LLP**
9415 Culver Blvd., #115
Culver City, CA 90232
Telephone No.: (310) 396-0731
Facsimile No.: (310) 399-7040

Attorneys for Plaintiff Nicolle O'Neill

STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANTS DR. ROBERT GOLDSTEIN, M.D.,
ROY WINSTON, M.D., AND MARGARET VASSILEV, M.D.

4828-1937-8924.1

1       Plaintiff Nicole O'Neill ("Plaintiff") and Defendants Somnia, Inc. ("Somnia"), Primary

2 Anesthesia Services, P.C. ("PAS"), Byron Mendenhall, M.D. ("Mendenhall"), Quinn Gee, M.D.

3 ("Gee") and Margaret Vassilev, M.D. ("Vassilev") (collectively, "Defendants"), by and through

4 their respective counsel of record, hereby jointly stipulate as follows:

5       WHEREAS, on March 19, 2015, Plaintiff filed under seal her initial Complaint against

6 Defendants, PST Services LLC, Robert Goldstein, M.D. ("Goldstein"), and Roy Winston, M.D.

7 ("Winston");

8       WHEREAS, in or around April 2017, the filing was unsealed;

9       WHEREAS, Plaintiff and Defendants now wish to dismiss defendants Goldstein,

10 Winston and Vassilev from this action with prejudice in return for a waiver of costs from each

11 of Goldstein, Vassilev and Winston;

12       THEREFORE, the parties hereby stipulate and request the Court dismiss defendants

13 Goldstein, Winston, and Vassilev from this action with prejudice.

14       IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

15 Dated:  May 26, 2021       SCHONBRUN SEPLOW HARRIS
                         HOFFMAN & ZELDES LLP
16

17                          TYCKO & ZAVAREEI LLP

18                               */s/ Wilmer J. Harris*
                         By: _____
19                                Wilmer J. Harris
                               Sarah L. Dawley
20                          Attorneys for Plaintiff/Relator Nicolle O'Neill

21 Dated:  May 26, 2021       NIXON PEABODY LLP

22

23                          By:  __*/s/ Bruce Copeland*_____
                               Bruce Copeland
24                          Attorneys for Defendants
                         SOMNIA, INC., PRIMARY ANESTHESIA SERVICES,
25                          P.C., BYRON MENDENHALL, M.D., QUINN GEE, M.D.,
                         and MARGARET VASSILEV, M.D.
26

27

28

_____

STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANTS DR. ROBERT GOLDSTEIN, M.D.,
ROY WINSTON, M.D., AND MARGARET VASSILEV, M.D.

1

1  [PROPOSED] ORDER

2  GOOD CAUSE HAVING BEEN SHOWN AND THE PARTIES HAVING STIPULATED TO

3  THE SAME:

4       The Court GRANTS the above-stated Stipulation and hereby dismisses with prejudice

5  defendants Robert Goldstein, M.D., Roy Winston, M.D. and Margaret Vassilev, M.D. from this

6  action.

7

8  IT IS SO ORDERED.

9

10  Dated: _____          _____

11                                          Hon. Dale A. Drozd

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____
STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANTS DR. ROBERT GOLDSTEIN, M.D.,
ROY WINSTON, M.D., AND MARGARET VASSILEV, M.D.

2

4828-1937-8924.1