**ROB BONTA**
Attorney General of California
VINCENT DICARLO
Supervising Deputy Attorney General
JENNIFER S. GREGORY (SBN 228593)
Deputy Attorney General
Division of Medi-Cal Fraud & Elder Abuse
   2329 Gateway Oaks Drive, Suite 200
   Sacramento, CA 95833-4252
   Telephone: (916) 621-1823
   E-mail: Jennifer.Gregory@doj.ca.gov
   Facsimile: (916) 274-2929

*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES and the STATE OF CALIFORNIA, ex rel. NICOLE O'NEILL,**<br><br>Plaintiffs,<br><br>v.<br><br>**SOMNIA, INC., PRIMARY ANESTHESIA SERVICES, McKESSION CORPORATION, ROBERT GOLDSTEIN, M.D., ROY WINSTON, M.D., BYRON MENDENDHALL, M.D., QUINN GEE, M.D., and MARGARET VASSILEV, M.D.,**<br><br>Defendants. | 1:15 CV-00433-DAD-EPG<br><br>**CALIFORNIA'S NOTICE OF CONSENT TO DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS DR. ROBERT GOLDSTEIN, M.D., ROY WINSTON, M.D., AND MARGARET VASSILEV, M.D.** |

Relator has indicated to the State of California ("California") that she intends dismiss the California False Claims Act allegations as to Defendants Dr. Robert Goldstein, M.D., Roy Winston, M.D., and Margaret Vassilev, M.D. Pursuant to Cal. Gov. Code section 12652, subsection (c)(1), California hereby notifies the Court that the Attorney General consents to the dismissal of Defendants Dr. Robert Goldstein, M.D., Roy Winston, M.D., and Margaret Vassilev,

///

1

CALIFORNIA'S NOTICE OF CONSENT TO DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS DR. ROBERT GOLDSTEIN, M.D., ROY WINSTON, M.D., AND MARGARET VASSILEV, M.D.
(1:15 CV-00433-DAD-EPG)

1    M.D. from this action without prejudice to the rights of California.

3    Dated:  June 8, 2021                    Respectfully submitted,

                                             ROB BONTA
                                             Attorney General of California

                                             /s/ *Jennifer S. Gregory*

                                             _____
                                             JENNIFER S. GREGORY
                                             Deputy Attorney General
                                             *Attorneys for Plaintiff State of California*

2

CALIFORNIA'S NOTICE OF CONSENT TO DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS DR. ROBERT GOLDSTEIN, M.D., ROY WINSTON, M.D., AND MARGARET VASSILEV, M.D.
(1:15 CV-00433-DAD-EPG)