Wilmer J. Harris, SBN 150407
wharris@sshhlaw.com
Stephanie T. Yu, SBN 294405
syu@sshhlaw.com
**SCHONBRUN SEPLOW**
**HARRIS & HOFFMAN LLP**
715 Fremont Ave., Suite A
South Pasadena, CA. 91030
Telephone No.: (626) 441-4129
Facsimile No.: (626) 283-5770

Attorneys for Plaintiff Nicolle O'Neill

[Additional counsel on following page]

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES and the STATE OF CALIFORNIA *ex rel.* NICOLLE O'NEILL, NICOLLE O'NEILL<br><br>Plaintiffs/Relator<br><br>vs.<br><br>SOMNIA, INC., PRIMARY ANESTHESIA SERVICES, PST SERVICES LLC, ROBERT GOLDSTEIN, M.D., ROY WINSTON, M.D., BYRON MENDENHALL, M.D., QUINN GEE, M.D., AND MARGARET VASSILEV, M.D, and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 1:15-CV-00433-DAD-EPG<br><br>**JOINT STATUS REPORT**<br><br>**Complaint Filed: 09/15/15**<br>**Trial Date:       06/28/22**<br><br>**Judge: Hon. Dale A. Drozd** |

Andrea Gold, *Appearing Pro Hac Vice*
agold@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Suite 1000
Washington, DC 20036
Telephone No.: (202) 973-0900
Facsimile No.: (202) 973-0950

Mallory Morales, SBN 324094
mmorales@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1970 Broadway - Suite 1070
Oakland, CA 94612
Telephone No.: (510) 254-6810
Facsimile No.: (202) 973-0950

Michael D. Seplow, SBN 150183
mseplow@sshhzlaw.com
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
9415 Culver Blvd., #115
Culver City, CA 90232
Telephone No.: (310) 396-0731
Facsimile No.: (310) 399-7040

Attorneys for Plaintiff/Relator Nicolle O'Neill

Bruce Copeland (SBN 124888)
bcopeloand@nixonpeabody.com
**NIXON PEABODY LLP**
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Tel:  415-984-8200
Fax: 415-984-8300

Brian K. French (Admitted *Pro Hac Vice*)
bfrench@nixonpeabody.com
**NIXON PEABODY LLP**
100 Summer Street
Boston, MA 02110-2131

1  Tel:   617-345-1000
2  Fax:  617-345-1300

3  Michael R. Lindsay (SBN 110845)
   mlindsay@nixonpeabody.com
4  **NIXON PEABODY LLP**
5  300 S. Grand Avenue, Suite 4100
6  Los Angeles, CA  90071-3151
   Tel:   213-629-6000
7  Fax:  213-629-6001

8
9  Attorneys for Defendants
   SOMNIA, INC., PRIMARY ANESTHESIA
10 SERVICES P.C., BYRON MENDENHALL, M.D.,
11 QUINN GEE, M.D., AND MARGARET VASSILEV, M.D.

Relator Nicolle O'Neill ("Relator") and defendants Somnia, Inc. ("Somnia"), Primary Anesthesia Services, P.C., Byron Mendenhall, M.D., Quinn Gee, M.D., and Margaret Vassilev, M.D. (collectively "Defendants"), by and through their respective counsel of record, submit the following Joint Status Report before the Status Conference on June 28, 2021.

Somnia contends that it has made a reasonable inquiry for the medical and billing records called for under the parties' Stipulation Regarding Sampling Protocol for the Patient Encounters Sample and Calendar Days Sample. Somnia contends that as of June 4, 2021, it has produced all responsive documents in its possession, custody, or control, except for explanation of benefits and insurance claim copy documentation, as to which the parties have reached a separate stipulation.

Defendants contend that they have made a reasonable inquiry for documents responsive to Relator's First and Second Sets of Requests for Documents. Defendants contend that as of June 11, 2021, they have produced all responsive documents in their possession, custody, or control in accordance with the Stipulated Order re Discovery of Electronically Stored Information for Standard Litigation. Dkt. 110.

On June 10, 2021, the Court held a Discovery Conference to address Relator's contention that Defendants failed to produce outstanding documents and heard argument on Relator's corresponding Motion for Evidentiary Sanctions against Somnia and PAS. This conference was preceded by an Informal Discovery Conference held on May 3, 2021. The Court declined to issue Relator's requested sanctions as laid out in the Joint Discovery Statement, but permitted Relator to supplement her Motion for Evidentiary Sanctions to request alternative forms of relief as discussed at the hearing. Relator timely filed her Supplemental brief on June 18, 2021. Dkt. 180. Defendants' responsive supplemental brief is due on June 25, 2021.

As of June 11, 2021, Relator and Defendants have completed the depositions

of all fact witnesses.

On June 18, 2021, counsel for Relator and counsel for Defendants agreed to submit a renewed stipulation to dismiss defendants Drs. Robert Goldstein, Roy Winston, and Margaret Vassilev without prejudice as to the United States and State of California, and with prejudice as to Relator. The parties expect to submit a renewed stipulation for dismissal this week.

DATED: June 21, 2021          SCHONBRUN SEPLOW
                              HARRIS & HOFFMAN LLP


                              By: __/s/ Andrea Gold _____

                                  Andrea Gold
                                  Attorneys for Relator/Plaintiff, Nicolle O'Neill


DATED: June 21, 2021          NIXON PEABODY LLP


                              By: __/s/ Bruce Copeland_____

                                  Bruce Copeland
                                  Attorneys for Defendants
                                  SOMNIA, INC., PRIMARY ANESTHESIA SERVICES P.C., BYRON MENDENHALL, M.D., QUINN GEE, M.D., and MARGARET VASSILEV, M.D.