Wilmer J. Harris, SBN 150407
wharris@sshhzlaw.com
Sarah L. Dawley, SBN 325897
sdawley@sshhzlaw.com
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
715 Fremont Ave., Suite A
South Pasadena, CA. 91030
Telephone No.: (626) 441-4129
Facsimile No.: (626) 283-5770

[Additional counsel on following page]

Attorneys for Plaintiff/Relator Nicolle O'Neill

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES and the STATE OF CALIFORNIA ex rel. NICOLLE O'NEILL, NICOLLE O'NEILL<br><br>Plaintiffs/Relator<br><br>vs.<br><br>SOMNIA, INC., PRIMARY ANESTHESIA SERVICES, PST SERVICES LLC, ROBERT GOLDSTEIN, M.D., ROY WINSTON, M.D., BYRON MENDENHALL, M.D., QUINN GEE, M.D., AND MARGARET VASSILEV, M.D, and DOES 1 through 10, inclusive<br>Defendants. | Case No. 1:15-cv-00433-DAD-EPG<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANTS DR. ROBERT GOLDSTEIN, M.D., ROY WINSTON, M.D., AND MARGARET VASSILEV, M.D.**<br><br>(ECF No. 189) |

Andrea Gold, *Appearing Pro Hac Vice*
agold@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Suite 1000
Washington, DC 20036
Telephone No.: (202) 973-0900
Facsimile No.: (202) 973-0950

Mallory Morales, SBN 324094
mmorales@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1970 Broadway - Suite 1070
Oakland, CA 94612
Telephone No.: (510) 254-6810
Facsimile No.: (202) 973-0950

Michael D. Seplow, SBN 150183
mseplow@sshhlaw.com
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
9415 Culver Blvd., #115
Culver City, CA 90232
Telephone No.: (310) 396-0731
Facsimile No.: (310) 399-7040

Attorneys for Plaintiff Nicolle O'Neill

| | |
|---|---|
| 1 | Plaintiff Nicole O'Neill ("Plaintiff") and Defendants Somnia, Inc. ("Somnia"), Primary |
| 2 | Anesthesia Services, P.C. ("PAS"), Byron Mendenhall, M.D. ("Mendenhall"), Quinn Gee, M.D. |
| 3 | ("Gee") and Margaret Vassilev, M.D. ("Vassilev") (collectively, "Defendants"), by and through |
| 4 | their respective counsel of record, hereby jointly stipulate as follows: |
| 5 | WHEREAS, on March 19, 2015, Plaintiff filed under seal her initial Complaint against |
| 6 | Defendants, Somnia, Inc., Primary Anesthesia Services, McKesson Corporation, Robert |
| 7 | Goldstein, M.D. ("Goldstein"), Roy Winston, M.D. ("Winston"), Byron Mendenhall, M.D., |
| 8 | Quinn Gee, M.D., and Margaret Vassilev M.D. ("Vassilev"); |
| 9 | WHEREAS, in or around December 2016, the filing was unsealed; |
| 10 | WHEREAS, Plaintiff and Defendants now wish to dismiss Defendants Goldstein, |
| 11 | Winston and Vassilev from this action with prejudice as to Plaintiff in return for a waiver of |
| 12 | costs from each of Goldstein, Vassilev and Winston; |
| 13 | WHEREAS, the United States Department of Justice consented in writing on June 17, |
| 14 | 2021, to the dismissal of defendants Goldstein, Winston, and Vassilev without prejudice as to |
| 15 | the United States. (ECF No. 179.) |
| 16 | WHEREAS, the State of California Department of Justice consented in writing on June |
| 17 | 8, 2021 to the dismissal of defendants Goldstein, Winston, and Vassilev without prejudice as to |
| 18 | the State of California. (ECF No. 174.) |
| 19 | THEREFORE, the parties hereby stipulate and request the Court dismiss defendants |
| 20 | Goldstein, Winston, and Vassilev from this action with prejudice as to Plaintiff and without |
| 21 | prejudice as to the State of California and the United States. |
| 22 | / / / |
| 23 | / / / |
| 24 | / / / |

| | |
|---|---|
| 1 | IT IS SO STIPULATED THROUGH COUNSEL OF RECORD. |

Dated: July 8, 2021      SCHONBRUN SEPLOW HARRIS
                         HOFFMAN & ZELDES LLP

                         TYCKO & ZAVAREEI LLP

                                 */s/ Wilmer J. Harris*
                         By: _____
                             Wilmer J. Harris
                             Sarah L. Dawley
                         Attorneys for Plaintiff/Relator Nicolle O'Neill

Dated: July 8, 2021      NIXON PEABODY LLP


                                 */s/ Bruce Copeland*
                         By: _____
                             Bruce Copeland
                         Attorneys for Defendants
                         SOMNIA, INC., PRIMARY ANESTHESIA SERVICES,
                         P.C., BYRON MENDENHALL, M.D., QUINN GEE, M.D.,
                         and MARGARET VASSILEV, M.D.

Dated: July 8, 2021      KING & SPALDING LLP


                                 */s/ W. Scott Cameron*
                         By: _____
                             W. Scott Cameron
                         Attorneys for Defendants PST Services, LLC

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN AND THE PARTIES HAVING STIPULATED TO THE SAME:

The Court GRANTS the above-stated Stipulation (ECF No. 189) and hereby orders as follows:

1. Plaintiff dismisses defendants Robert Goldstein, M.D., Roy Winston, M.D. and Margaret Vassilev, M.D. from this action with prejudice.
2. The State of California Department of Justice dismisses defendants Robert Goldstein, M.D., Roy Winston, M.D. and Margaret Vassilev, M.D. from this action without prejudice to the rights of the State of California.
3. The United States Department of Justice dismisses defendants Robert Goldstein, M.D., Roy Winston, M.D. and Margaret Vassilev, M.D. from this action without prejudice to the rights of the United States.
4. Pursuant to the stipulation, the case against defendants Robert Goldstein, M.D., Roy Winston, M.D. and Margaret Vassilev, M.D. has ended, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Clerk of the Court is respectfully directed to terminate only defendants Robert Goldstein, M.D., Roy Winston, M.D. and Margaret Vassilev, M.D. on the docket.

IT IS SO ORDERED.

Dated: **July 8, 2021**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE