Wilmer J. Harris, SBN 150407
wharris@sshhlaw.com
Sarah L. Dawley, SBN 325897
sdawley@sshhzlaw.com
**SCHONBRUN SEPLOW**
**HARRIS & HOFFMAN LLP**
715 Fremont Ave., Suite A
South Pasadena, CA. 91030
Telephone No.: (626) 441-4129
Facsimile No.: (626) 283-5770

Attorneys for Plaintiff Nicolle O'Neill

[Additional counsel on following page]

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES and the STATE OF CALIFORNIA *ex rel.* NICOLLE O'NEILL, NICOLLE O'NEILL<br><br>Plaintiffs/Relator<br><br>vs.<br><br>SOMNIA, INC., PRIMARY ANESTHESIA SERVICES, PST SERVICES LLC, ROBERT GOLDSTEIN, M.D., ROY WINSTON, M.D., BYRON MENDENHALL, M.D., QUINN GEE, M.D., AND MARGARET VASSILEV, M.D, and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 1:15-CV-00433-DAD-EPG<br><br>**JOINT STIPULATION TO CONTINUE SCHEDULE; [PROPOSED] ORDER; AND DECLARATIONS OF WILMER HARRIS AND BRIAN FRENCH IN SUPPORT OF JOINT STIPULATION**<br><br>Complaint Filed: September 15, 2015<br>Trial Date: June 28, 2022<br><br>Judge: Hon. Dale A. Drozd |

Andrea Gold, *Appearing Pro Hac Vice*
agold@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Suite 1000
Washington, DC 20036
Telephone No.: (202) 973-0900
Facsimile No.: (202) 973-0950

Mallory Morales, SBN 324094
mmorales@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1970 Broadway - Suite 1070
Oakland, CA 94612
Telephone No.: (510) 254-6810
Facsimile No.: (202) 973-0950

Michael D. Seplow, SBN 150183
mseplow@sshhzlaw.com
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
9415 Culver Blvd., #115
Culver City, CA 90232
Telephone No.: (310) 396-0731
Facsimile No.: (310) 399-7040

Attorneys for Plaintiff/Relator Nicolle O'Neill


Bruce E. Copeland (SBN 124888)
bcopeloand@nixonpeabody.com
**NIXON PEABODY LLP**
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Tel: 415-984-8200
Fax: 415-984-8300

Brian K. French (Admitted *Pro Hac Vice*)
bfrench@nixonpeabody.com
**NIXON PEABODY LLP**
100 Summer Street
Boston, MA 02110-2131
Tel:    617-345-1000
Fax:   617-345-1300

JOINT STIPULATION TO CONTINUE SCHEDULE; [PROPOSED] ORDER; AND DECLARATIONS OF WILMER HARRIS AND BRIAN FRENCH IN SUPPORT OF JOINT STIPULATION

4869-8241-1010.2

Michael R. Lindsay (SBN 110845)
mlindsay@nixonpeabody.com
**NIXON PEABODY LLP**
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071-3151
Tel: 213-629-6000
Fax: 213-629-6001

Attorneys for Defendants Somnia, Inc., Primary Anesthesia Services, Byron Mendenhall, M.D., Quinn Gee, M.D., and Margaret Vassilev, M.D.

JOINT STIPULATION TO CONTINUE SCHEDULE; [PROPOSED] ORDER; AND DECLARATIONS OF WILMER HARRIS AND BRIAN FRENCH IN SUPPORT OF JOINT STIPULATION

4869-8241-1010.2

Plaintiff/Relator Nicole O'Neill ("Relator") and Defendants Somnia, Inc. ("Somnia"), Primary Anesthesia Services, Byron Mendenhall, M.D., Quinn Gee, M.D., and Margaret Vassilev, M.D. (collectively, "Defendants"), by and through their respective counsel, and supported by the declarations of Wilmer Harris and Brian French, jointly stipulate as follows:

WHEREAS, on March 19, 2015, Relator filed under seal her initial Complaint against Defendants;

WHEREAS, in or around December 2016, the filing was unsealed;

WHEREAS, in or around April 2017, Relator served Defendants with the Complaint;

WHEREAS, on June 7, 2017, Defendants filed a Motion to Dismiss;

WHEREAS, on July 7, 2017, Relator filed her First Amended Complaint;

WHEREAS, on August 21, 2017, Defendants filed a Motion to Dismiss Relator's First Amended Complaint;

WHEREAS, on February 2, 2018, the Court ruled on Defendants' Motion to Dismiss Relator's First Amended Complaint;

WHEREAS, on February 28, 2018, Relator filed the operative Second Amended Complaint;

WHEREAS, on February 12, 2019, the Court granted the parties' Joint Stipulation to Amend Scheduling Order;

WHEREAS, on December 17, 2019, the Court approved the parties' Joint Stipulation to Amend Scheduling Order to allow the parties more time to agree to, and execute, a sampling protocol for the anesthesia and billing records that are material to the resolution of this case;

WHEREAS, on May 5, 2020, the Court further amended the Scheduling Order to account for the unexpected delay and difficulty obtaining certain medical and billing records as well as the complications caused by the COVID-19 pandemic. The difficulty stemmed in large part from the fact that defendant Somnia had changed its provider of medical and billing records, causing Somnia to have to re-engage its prior vendor, set up a new contract with them, and deal with difficult hardware and software issues associated with recovering the historical records.

WHEREAS, in September 2020, after several months of discovery and negotiations

relating to the proposed sample, the parties entered into a Stipulation Regarding Sampling Protocol that identified two samples: (1) a sample of forty days of patient medical procedures, and (2) a sample of 200 randomly selected patient encounters (i.e., medical procedures). The parties completed the "sample frames," which identified the forty days (for the "calendar days" sample) and the 200 patient encounters (for the "patient encounters" sample), by late November 2020;

WHEREAS, on December 18, 2020, the Court further amended the Scheduling Order to allow Somnia time to retrieve the documents relevant to the two samples, which included thousands of pages of material. The schedule the Court issued was as follows:

| | |
|---|---|
| Nonexpert Discovery Cutoff: | June 11, 2021 |
| Expert Disclosure: | September 3, 2021 |
| Rebuttal Expert Disclosure: | October 1, 2021 |
| Expert Discovery Cutoff: | November 3, 2021 |
| Last Date for Dispositive Motions: | November 17, 2021 |
| Trial: | June 27, 2022 |

WHEREAS, on October 26, 2021, the parties engaged in an all-day mediation conducted by the Honorable Judge Jay C. Gandhi (Ret.) of JAMS. The parties made significant progress towards resolution, and settlement discussions are ongoing with the continued assistance of Judge Gandhi. In light of the ongoing settlement discussions, and the fact that trial is not scheduled until June 28, 2022, the parties seek a continuance of the expert discovery cutoff date and the date for submitting dispositive motions so they may continue to focus on settlement discussions with the assistance of Judge Gandhi.

THEREFORE, the parties stipulate and ask the Court to amend the Scheduling Order extending the expert discovery cutoff date to December 1, 2021, the date for submitting dispositive motions to December 21, 2021, the date for submitting opposition briefs to dispositive motions to January 25, 2022 (in light of the intervening holidays), and the date for submitting reply briefs to February 15, 2022.

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED THROUGH COUNSEL OF RECORD: | |
| 2 | | |
| 3 | DATED: November 12. 2021 | SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP |

By: _/s/ Wilmer J. Harris_
Wilmer J. Harris
Attorneys for Relator/Plaintiff, Nicolle O'Neill

DATED: November 12, 2021    NIXON PEABODY LLP

By: _/s/ Bruce E. Copeland_
Bruce E. Copland
Attorneys for Defendants Somnia, Inc., Primary Anesthesia Services, Byron Mendenhall, M.D., and Quinn Gee, M.D.

I, Bruce E. Copeland, attest under penalty of perjury that I have obtained the permission of Wilmer J. Harris, attorney for plaintiff Nicolle O'Neill herein, to affix his signature hereto.

DATED: November 12, 2021    NIXON PEABODY LLP

By: _/s/ Bruce E. Copeland_
Bruce E. Copland
Attorneys for Defendants Somnia, Inc., Primary Anesthesia Services, Byron Mendenhall, M.D., and Quinn Gee, M.D.

**[PROPOSED] ORDER**

GOOD CAUSE HAVING BEEN SHOWN AND THE PARTIES HAVING STIPULATED TO THE SAME:

The Court GRANTS the above-stated Stipulation and hereby orders as follows:

1. The expert discovery cutoff date is extended to December 1, 2021.
2. The date for submitting dispositive motions is extended to December 21, 2021.
3. The date for submitting opposition briefs to dispositive motions is extended to January 25, 2022.
4. The date for submitting reply briefs to dispositive motions is extended to February 15. 2022.

IT IS SO ORDERED.

Dated: _____

_____
Honorable Erica P. Grosjean