1 | Wilmer J. Harris, SBN 150407
Wharris@sshhzlaw.com
2 | Sarah L. Dawley, SBN 325897
Sdawley@sshhzlaw.com
3 | **SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
4 | 715 Fremont Ave., Suite A
South Pasadena, CA. 91030
5 | Telephone No.: (626) 441-4129
Facsimile No.: (626) 283-5770

[Additional Counsel on following pate]

Attorneys for Plaintiff/Relator Nicole O'Neill

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES and the STATE OF CALIFORNIA ex rel. NICOLLE O'NEILL. NICOLLE O'NEILL<br><br>Plaintiff,<br><br>vs.<br><br>SOMNIA, INC., PRIMARY ANESTHESIA SERVICES, MCKESSON CORPORATION, ROBERT GOLDSTEIN, M.D., ROY WINSTON, M.D., BRYON MENDENHALL, M.D., QUINN GEE, M.D., AND MARGARET VASSILEV, M.D, AND DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 1:15-CV-00433-DAD-EPG<br><br>**DECLARATION OF WILMER J. HARRIS IN SUPPORT OF JOINT STIPULATION TO CONTINUE SCHEDULE** |

Andrea Gold (*admitted pro hac vice*, DC Bar. No. 502607)
agold@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Suite 1000
Washington, D. C. 20036
Telephone No.: (202) 973-0900
Facsimile No.: (202) 973-0950

Michael D. Seplow, SBN 150183
mseplow@sshhlaw.com
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
11543 W. Olympic Blvd.
Los Angeles, CA 90064
Telephone No.: (310) 396-0731
Facsimile No.: (310) 399-7040

Attorneys for Plaintiff/Relator Nicolle O'Neill

**DECLARATION OF WILMER J. HARRIS**

I, Wilmer J. Harris, declare as follows:

1. I am an attorney at law duly licensed to practice before all of the courts in the State of California. I am a partner with the law firm of Schonbrun Seplow Harris Hoffman & Zeldes LLP and am counsel of record for Plaintiff in the above-referenced matter. I submit this declaration in support of the Parties Joint Stipulation to Continue Schedule. The facts set forth in this Declaration are true and of my own personal knowledge, except as to those made on information and belief. If called as a witness, I could and would testify competently under oath to the facts set forth herein

2. Plaintiff and Relator Nicole O'Neill ("Relator") filed under seal her initial Complaint against Defendants on March 19, 2015. The filing was made under seal pursuant to the Federal and California False Claims Acts, upon which her case is partially based. (See First Amended Complaint ¶ 26). Relator claims that Primary Anesthesia Services, her former alleged employer, engaged in Medicare and Medi-Cal billing fraud associated with its provision of anesthesia services at the Kaweah Delta Medical Center. Relator also claims she was wrongfully terminated in retaliation for her complaining about the alleged fraudulent billing. On December 16, 2016, the Court unsealed the Complaint.

3. Summons were issued on the Complaint in April 2017, and Defendants filed a Motion to Dismiss the Complaint on June 7, 2017. Relator filed an amended complaint on July 7, 2017. On August 21, 2017, Defendants filed a motion to dismiss. The Court granted Defendants' motion in part on February 2, 2018. Relator thereafter filed the operative Second Amended Complaint on February 28, 2018.

4. On February 12, 2019, the Court granted the parties' Joint Stipulation to Amend Scheduling Order. On December 17, 2019, the Court approved the parties' Joint Stipulation to Amend Scheduling Order to allow the parties more time to agree to, and execute, a sampling protocol for the anesthesia and billing records that are material to the resolution of this case.

5. The parties have been diligently engaged in discovery including producing and reviewing a small subset of anesthesia records and bills as part of a "pilot" of the larger sample.

This "pilot" was designed to allow the parties to assess what specific records are associated with Defendant Somnia's medical procedures and billings during the relevant time period, so that the parties can revise and fine-tune the sampling protocol accordingly;

6. On May 5, 2020, the Court further amended the Scheduling Order to account for the unexpected delay and difficulty in obtaining certain medical and billing records as well as the complications caused by the COVID-19 pandemic. The schedule the Court issued as a result was as follows:

| | |
|---|---|
| Nonexpert Discovery Cutoff: | March 12, 2021 |
| Expert Disclosure: | January 26, 2021 |
| Rebuttal Expert Disclosure: | February 18, 2021 |
| Expert Discovery Cutoff: | March 19, 2021 |
| Last Date for Dispositive Motions: | March 26, 2021 |
| Trial: | October 8, 2021 |

7. On December 18, 2020, the Court further amended the Scheduling Order to allow Defendants time to retrieve the documents relevant to the two samples, which included thousands of pages of material. (ECF No. 149). The schedule the Court issued was as follows:

| | |
|---|---|
| Nonexpert Discovery Cutoff: | June 11, 2021 |
| Expert Disclosure: | September 3, 2021 |
| Rebuttal Expert Disclosure: | October 1, 2021 |
| Expert Discovery Cutoff: | November 3, 2021 |
| Last Date for Dispositive Motions: | November 17, 2021 |
| Trial: | June 27, 2022 |

8. The parties completed fact discovery and exchanged expert reports and expert rebuttal reports according to the amended schedule.

9. On October 26, 2021, the parties engaged in an all-day mediation conducted by the Honorable Judge Jay C. Gandhi (Ret.) of JAMS. The parties made considerable progress towards resolution, and settlement discussions are ongoing with the continued assistance of Judge Gandhi. In light of the ongoing settlement discussions, and the fact that trial is not scheduled until June 27, 2022, the parties seek a continuance of the expert discovery cutoff date

-2-
DECLARATION OF WILMER J. HARRIS IN SUPPORT OF JOINT STIPULATION TO CONTINUE SCHEDULE

and the date for submitting dispositive motions so they may continue to focus on settlement discussions with help from Judge Gandhi.

10. The parties stipulate and ask the Court to amend the Scheduling Order extending the expert discovery cutoff date to December 1, 2021, the date for submitting dispositive motions to December 21, 2021, the date for submitting opposition briefs to dispositive motions to January 25, 2022 (given the intervening holidays), and the date for submitting reply briefs to February 15, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and corrected. Executed this 12th day of November 2021 in South Pasadena, California.

_____
Wilmer J. Harris

-3-
DECLARATION OF WILMER J. HARRIS IN SUPPORT OF JOINT STIPULATION TO CONTINUE SCHEDULE