UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES and the STATE OF CALIFORNIA ex rel. NICOLLE O'NEILL, et al.,<br><br>          Plaintiffs/Relator,<br><br>  v.<br><br>SOMNIA, INC., et al.,<br><br>          Defendants. | Case No. 1:15-cv-00433-DAD-EPG<br><br>ORDER GRANTING JOINT STIPULATION TO CONTINUE SCHEDULE<br><br>(ECF No. 191) |

    Before the Court is the parties' stipulation seeking to modify the scheduling order in this case. (ECF No. 191.) This is the parties' fifth request to modify the scheduling order. (*See* ECF Nos. 116, 142, 145, 149.)

    Having reviewed the stipulation, the Court will grant the parties' request.

    Accordingly, IT IS HEREBY ORDERED that, pursuant to the parties' stipulation (ECF No. 191), the Scheduling Order (ECF No. 76) as previously modified (ECF Nos. 116, 142, 145, 149) is further modified as follows:

///

///

///

///

| Event | Deadline/Date |
|---|---|
| Expert Discovery Cutoff | December 1, 2021 |
| Dispositive Motion Deadline: | December 21, 2021 |

All other terms and conditions of the Scheduling Order (ECF No. 76) remain in full force and effect.

Additionally, as requested by the parties in light of the intervening holidays, any opposition to a dispositive motion may be filed and served by January 25, 2022, and any reply may be filed and served by February 15, 2022.

IT IS SO ORDERED.

Dated:  **November 12, 2021**          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE