**TYCKO & ZAVAREEI LLP**
Andrea Gold (*admitted pro hac vice*, DC Bar. No. 502607)
Mallory Morales (CA Bar No. 324094)
1828 L Street NW, Suite 1000
Washington, D. C. 20036
Telephone No.: (202) 973-0900
Facsimile No.: (202) 973-0950
agold@tzlegal.com
mmorales@tzlegal.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES and the STATE OF CALIFORNIA *ex rel.* NICOLLE O'NEILL, NICOLLE O'NEILL,<br><br>Plaintiff/Relator,<br>v.<br><br>SOMNIA, INC., PRIMARY ANESTHESIA SERVICES, PST SERVICES LLC, ROBERT GOLDSTEIN, M.D., ROY WINSTON, M.D., BYRON MENDENHALL, M.D., QUINN GEE, M.D., and MARGARET VASSILEV, M.D., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:15-CV-00433-DAD-EPG<br><br>**NOTICE OF WITHDRAWAL** |

**PLEASE TAKE NOTICE** that Mallory Morales will no longer serve as attorney of record for Plaintiffs in this matter. Andrea R. Gold of Tycko & Zavareei LLP will continue to serve as counsel for Plaintiffs. All parties and counsel of record are requested to update their service lists accordingly.

DATED this 20th day of January, 2022.    Respectfully submitted,

                                            */s/ Mallory Morales*
                                            Mallory Morales (CA Bar No. 324094)
                                            **TYCKO & ZAVAREEI LLP**
                                            *Attorney for Plaintiffs*