UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES and the STATE OF CALIFORNIA ex rel. NICOLLE O'NEILL, et al.,<br><br>Plaintiffs/Relator,<br><br>v.<br><br>SOMNIA, INC., et al.,<br><br>Defendants. | Case No. 1:15-cv-00433-DAD-EPG<br><br>ORDER GRANTING JOINT STIPULATION TO CONTINUE SCHEDULE<br><br>(ECF No. 198) |

Before the Court is the parties' stipulation seeking to modify the scheduling order in this case. (ECF No. 198). This is the parties' seventh request to modify the scheduling order. (*See* ECF Nos. 116, 142, 145, 149, 192, 194, 198).

Having reviewed the stipulation, the Court will grant the parties' request. As grounds, the parties state that "the United States and State of California have consented to the agreement in principle to settle the federal and state False Claims Act claims, contingent on the execution of a written settlement agreement and release" and "Relator and the Somnia Defendants are still engaged in settlement discussions on Relator's personal claims against the Somnia Defendants at Counts IV–VIII of the Second Amended Complaint" and "on Relator's claim for attorney's fees and costs against the Somnia Defendants with respect to Counts I–III of the Second Amended Complaint." (ECF No. 198, p. 3). The parties wish to preserve their ability to move for summary

judgment if they are unable to reach a settlement. (*Id.*).

Accordingly, IT IS HEREBY ORDERED that, pursuant to the parties' stipulation (ECF No. 198), the Scheduling Order (ECF No. 76) as previously modified (ECF Nos. 116, 142, 145, 149, 192, 194) is further modified to extend the date for filing dispositive motions to April 29, 2022.

IT IS SO ORDERED.

Dated:   **March 1, 2022**                              /s/ Erica P. Grosjean
                                                                     UNITED STATES MAGISTRATE JUDGE