W. SCOTT CAMERON (SBN 229828)
TAYLOR E. WHITTEN (SBN 332169)
**KING & SPALDING LLP**
621 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone:   (916) 321-4807
Facsimile:   (916) 321-4900
Email: scameron@kslaw.com
       twhitten@kslaw.com

JEFFREY S. BUCHOLZ (*Pro Hac Vice*)
jbucholtz@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW
2nd Floor
Washington, DC 20006
Tel: (200) 737-0500
Fax: (202) 626-3737

Attorneys for Defendant
PST SERVICES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES and the STATE OF CALIFORNIA *ex rel*. NICOLLE O'NEILL,<br><br>Plaintiffs/Relator,<br><br>v.<br><br>SOMNIA, INC., PRIMARY ANESTHESIA SERVICES, PST SERVICES, LLC, ROBERT GOLDSTEIN, M.D., ROY WINSTON, M.D., BYRON MENDENHALL, M.D., QUINN GEE, M.D., and MARGARET VASSILEV, M.D., and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO. 1:15-cv-00433-DAD-EPG**<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT PST SERVICES, LLC** |

**TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the following attorney of King & Spalding LLP hereby appears as counsel of record in the above-captioned case on behalf of Defendant PST Services, LLC:

>Taylor E. Whitten  (CA SBN 332169)
>twhitten@kslaw.com
>KING & SPALDING LLP
>621 Capitol Mall, Suite 1500
>Sacramento, CA 95814
>Tel: (916) 321-4800
>Fax: (916) 321-4900

Taylor E. Whitten is authorized to receive service of all pleadings, notices, orders, and other papers in this action at the address set forth above or through the Court's electronic filing system.

Dated: April 18, 2022                                   **KING & SPALDING LLP**

By:  /s/  W. Scott Cameron
W. Scott Cameron
Taylor E. Whitten
Jeffrey S. Bucholz

*Attorney for Defendant
PST Services, LLC*