Wilmer J. Harris, SBN 150407
wharris@sshhlaw.com
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
715 Fremont Ave., Suite A
South Pasadena, CA. 91030
Telephone No.: (626) 441-4129
Facsimile No.: (626) 283-5770
[Additional counsel on following page]

Attorneys for Plaintiff Nicolle O'Neill

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES and the STATE OF CALIFORNIA *ex rel.* NICOLLE O'NEILL<br><br>Plaintiffs/Relator<br><br>vs.<br><br>SOMNIA, INC., PRIMARY ANESTHESIA SERVICES, PST SERVICES LLC, BYRON MENDENHALL, M.D., QUINN GEE, M.D., and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 1:15-CV-00433-DAD-EPG<br><br>**NOTICE OF PARTIAL SETTLEMENT**<br><br>**Judge Dale A. Drozd**<br><br>Complaint filed: March 19, 2015<br>Trial Date:        December 6, 2022 |

Andrea Gold, *appearing pro hac vice*
agold@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Suite 1000
Washington, D. C. 20036
Telephone No.: (202) 973-0900
Facsimile No.: (202) 973-0950

Michael Seplow, SBN 150183
mseplow@sshhzlaw.com
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
9415 Culver Blvd. #115
Culver City, CA 90232
Telephone: (310) 396-0731
Facsímile: (310) 399-7040

Attorneys for Plaintiff Nicolle O'Neill

TO THE COURT, ALL INTERESTED PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT United States of America, the State of California, and Nicolle O'Neill ("Plaintiffs/Relator"), and Defendants Somnia, Inc., Primary Anesthesia Services, Byron Mendenhall, M.D., and Quinn Gee, M.D. ("Somnia Defendants") have reached an agreement to settle the claims filed against Somnia Defendants under the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b), and the California False Claims Act, Cal. Gov't Code § 12652(c). Specifically, Plaintiffs/Relator have settled their claims under First, Second, and Third Causes of Action in the Second Amended Complaint. (Dkt. #74). The United States of America and the State of California have approved the settlement.

The claims still pending and not resolved include:

1. Relator's attorneys' fees and costs for arising from the prosecution of claims filed against Somnia Defendants under the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b), and the California False Claims Act, Cal. Gov't Code § 12652(c). her *qui tam* claims;
2. Plaintiff Nicolle O'Neill's individual claims for relief against Somnia Defendants;
3. Relator's claims against Defendant PST Service LLC.

DATED: July 29, 2022            SCHONBRUN SEPLOW HARRIS
                                HOFFMAN & ZELDES LLP

                                TYCKO & ZAVAREEI LLP

                                        */s/ Wilmer J. Harris*
                                By: _____
                                    Wilmer J. Harris
                                    Michael D. Seplow
                                    Andrea Gold
                                    Attorneys for Relator/Plaintiff, Nicolle O'Neill