TAYLOR E. WHITTEN (State Bar No. 332169)
**KING & SPALDING LLP**
621 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone:  (916) 321-4807
Facsimile:  (916) 321-4900
Email: twhitten@kslaw.com

JEFFREY S. BUCHOLZ (*Pro Hac Vice*)
jbucholtz@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW
2nd Floor
Washington, DC 20006
Tel: (200) 737-0500
Fax: (202) 626-3737

Attorneys for Defendant
PST SERVICES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES and the STATE OF CALIFORNIA *ex rel*. NICOLLE O'NEILL, <br><br> Plaintiffs/Relator, <br><br> v. <br><br> SOMNIA, INC., PRIMARY ANESTHESIA SERVICES, PST SERVICES, LLC, ROBERT GOLDSTEIN, M.D., ROY WINSTON, M.D., BYRON MENDENHALL, M.D., QUINN GEE, M.D., and MARGARET VASSILEV, M.D., and DOES 1 through 10, inclusive, <br><br> Defendants. | **CASE NO. 1:15-cv-00433-DAD-EPG** <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANT PST SERVICES, LLC** |

**TO THE COURT, ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that William Scott Cameron, formerly of King & Spalding LLP (currently with Weintraub Tobin), who previously appeared on behalf of Defendant PST Services LLC in the above-captioned matter, is no longer counsel of record for Defendant PST Services LLC. All parties and counsel of record are requested to update their service lists accordingly.

Dated: August 25, 2022                    KING & SPALDING LLP

                                          By:  /s/ Taylor E. Whitten
                                                Taylor E. Whitten

                                          Attorney for Defendant
                                          PST Services, LLC