# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES and the STATE OF CALIFORNIA ex rel. NICOLLE O'NEILL, et al.,<br><br>Plaintiffs/Relator,<br><br>v.<br><br>SOMNIA, INC., et al.,<br><br>Defendants. | Case No. 1:15-cv-00433-ADA-EPG<br><br>ORDER GRANTING JOINT STIPULATION TO CONTINUE SCHEDULE<br><br>(ECF No. 219) |

Before the Court is the parties' stipulation seeking to modify the scheduling order in this case. (ECF No. 219). This is the parties' eighth request to modify the scheduling order. (*See* ECF Nos. 116, 142, 145, 149, 192, 194, 198, 219).

Specifically, the parties seek to continue the October 3, 2022 pretrial conference and December 6, 2022 trial. (*See* ECF No. 200). As grounds, the parties state that they are arranging for a mediation date and "believe their time and resources would best be spent preparing for and participating in a meaningful mediation, and in any necessary follow-up settlement discussions, without simultaneously preparing for a December 6, 2022 trial." (ECF No. 219, p. 3). The parties ask the Court to amend the scheduling order to extend the date for the pretrial conference to a date convenient for the Court's calendar and the trial to March 28, 2023.

\\\

\\\

1

Accordingly, IT IS HEREBY ORDERED that, pursuant to the parties' stipulation (ECF No. 219), the scheduling order (ECF No. 76) as previously modified (ECF Nos. 116, 142, 145, 149, 192, 194, 199, 200) is further modified as follows:

1. The pretrial conference is continued to January 30, 2023, at 1:30 PM in Courtroom 1 (ADA) before District Judge Ana de Alba.
2. The jury trial is continued to March 28, 2023, at 8:30 AM in Courtroom 1 (ADA) before District Ana de Alba.
3. Given the multiple continuances already granted in this action, the parties are advised that no further continuances will be granted. The parties shall be prepared to proceed to trial on March 28, 2023, unless the case has been resolved.
4. As Judge de Alba has recently been assigned to this case (ECF No. 213), the parties are directed to review her standing order, which has information regarding pretrial conferences and trials, and is available on the Court's website at the following link: https://www.caed.uscourts.gov/caednew/assets/File/ADA%20Standing%20Order%2008242022.pdf

IT IS SO ORDERED.

Dated:  **September 27, 2022**               /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE