HOGAN LOVELLS US LLP
Stephanie Yonekura (Bar No. 187131)
Harmony R. Gbe (Bar No. 313241)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California  90067
Telephone:	(310) 785-4600
Facsimile:	(310) 785-4601
stephanie.yonekura@hoganlovells.com
harmony.gbe@hoganlovells.com

*Attorneys for Defendant*
PST SERVICES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES and the STATE OF CALIFORNIA *ex rel.* NICOLLE O'NEILL, *et al.*,<br><br>                    Plaintiffs/ Relator,<br>       v.<br><br>SOMNIA, INC., *et al.*,<br><br>                    Defendants. | Case No. 1:15-cv-00433-ADA-EPG<br><br>**DEFENDANT PST SERVICES, LLC'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**<br><br>*Honorable Ana de Alba*<br><br>Action Filed:  March 19, 2015 |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant PST Services, LLC ("Defendant") states that its ultimate parent company is UnitedHealth Group Incorporated, which is a publicly traded company traded on the New York Stock Exchange as "UNH."  Apart from UnitedHealth Group Incorporated, there are no publicly traded companies that own 10% or more of the membership interest of PST Services, LLC.

Respectfully submitted,

Dated:    December 1, 2022          HOGAN LOVELLS US LLP


By: */s/ Stephanie Yonekura*
     Stephanie Yonekura
     Harmony R. Gbe

     *Attorney for Defendant*
     PST SERVICES, LLC