TAYLOR E. WHITTEN (State Bar No. 332169)
**KING & SPALDING LLP**
621 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone:    (916) 321-4807
Facsimile:    (916) 321-4900
Email: twhitten@kslaw.com

JEFFREY S. BUCHOLTZ (*Pro Hac Vice*)
jbucholtz@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW
2nd Floor
Washington, DC 20006
Tel: (200) 737-0500
Fax: (202) 626-3737

Attorneys for Defendant
PST SERVICES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES and the STATE OF CALIFORNIA *ex rel*. NICOLLE O'NEILL, <br><br> Plaintiffs/Relator, <br><br> v. <br><br> SOMNIA, INC., PRIMARY ANESTHESIA SERVICES, PST SERVICES, LLC, ROBERT GOLDSTEIN, M.D., ROY WINSTON, M.D., BYRON MENDENHALL, M.D., QUINN GEE, M.D., and MARGARET VASSILEV, M.D., and DOES 1 through 10, inclusive, <br><br> Defendants. | **CASE NO. 1:15-cv-00433-ADA-EPG** <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT PST SERVICES, LLC** |

**PLEASE TAKE NOTICE** that following corporate transactions that resulted in Defendant PST Services, LLC's ultimate corporate parent becoming UnitedHealth Group Incorporated, Defendant PST Services, LLC has retained Hogan Lovells US LLP to substitute as counsel for King & Spalding LLP in the above-captioned matter.

Withdrawing counsel for Defendant PST Services, LLC are:

> Jeffrey S. Bucholtz
> King & Spalding LLP
> 1700 Pennsylvania Avenue, NW
> Washington, DC 20006-4707
> Phone:  (202) 737-0500
> Fax:     (202) 626-3737
> Email: jbucholtz@kslaw.com
>
> Taylor E. Whitten
> King & Spalding LLP
> 621 Capitol Mall, Suite 1500
> Sacramento, CA 95814
> Phone: (916) 321-4800
> Fax:     (916) 321-4900
> Email:  twhitten@kslaw.com

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendant PST Services, LLC:

> Stephanie Yonekura (Bar No. 187131)
> Hogan Lovells US LLP
> 1999 Avenue of the Stars, Suite 1400
> Los Angeles, CA 90067
> Phone:    (310) 785-4600
> Fax:       (310) 785-4601
> Email:    stephanie.yonekura@hoganlovells.com
>
> Harmony Gbe (Bar No. 313241)
> Hogan Lovells US LLP
> 1999 Avenue of the Stars, Suite 1400
> Los Angeles, CA 90067
> Phone:    (310) 785-4600
> Fax:       (310) 785-4601
> Email:    harmony.gbe@hoganlovells.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated: December 1, 2022                    CHANGE HEALTHCARE

                                           By:  /s/ Mary Drake
                                                Mary Drake, Senior Counsel


Dated: December 1, 2022                    KING & SPALDING LLP

                                           By:  /s/ Jeffrey S. Bucholtz
                                                Jeffrey S. Bucholtz


Dated: December 1, 2022                    KING & SPALDING LLP

                                           By:  /s/ Taylor E. Whitten
                                                Taylor E. Whitten


Dated: December 1, 2022                    HOGAN LOVELLS US LLP

                                           By:  /s/ Stephanie Yonekura
                                                Stephanie Yonekura


Dated: December 1, 2022                    HOGAN LOVELLS US LLP

                                           By:  /s/ Harmony Gbe
                                                Harmony Gbe


The above withdrawal and substitution of counsel is approved and **IT IS SO ORDERED.**

Dated:_____

                                           _____
                                           JUDGE OF THE UNITED STATES
                                           DISTRICT COURT