UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES and the STATE OF CALIFORNIA ex rel. NICOLLE O'NEILL,<br><br>Plaintiffs/Relator,<br><br>v.<br><br>SOMNIA, INC. et al.,<br><br>Defendants. | Case No. 1:15-cv-433-ADA-EPG<br><br>ORDER APPROVING JOINT STIPULATION TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENT<br><br>(ECF No. 230) |

This matter is before the Court on the joint stipulation of Plaintiff/Relator Nicolle O'Neill and Defendants Somnia, Inc., Primary Anesthesia Services, Byron Mendenhall, and Quinn Gee to extend the February 16, 2023 deadline to file an appropriate dispositional document to April 13, 2023. (ECF No. 230, *see* ECF No. 229). As grounds for the extension, the parties state that they are still in the process of finalizing their settlement agreement and would like to finalize it before dismissing any claims.

Based on the parties' stipulation (ECF No. 230), IT IS ORDERED as follows:

1. The parties shall file an appropriate dispositional document by no later than April 13, 2023.
2. Because Plaintiff's motion for reconsideration as to Defendant PST Services, LLC (ECF No. 207) remains pending, the parties shall specifically advise within their dispositional

document whether the Court should withhold reviewing the dispositional document for approval until after the motion for reconsideration is decided.

3. If the parties request a further extension to this deadline, the Court may hold a status conference to discuss the progress of settlement.

IT IS SO ORDERED.

Dated: **February 17, 2023**         /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

2