## DESIGNATION AND ASSIGNMENT
## OF AN ACTIVE UNITED STATES JUDGE
## FOR SERVICE IN ANOTHER CIRCUIT

The Chief Judge of the United States Court of Appeals for the Ninth Circuit has certified that there is a necessity for the designation and assignment of a judge from another circuit or another court to perform judicial duties in the United States District Court for the Eastern District of California during the period of February 1, 2024 through July 31, 2024. The Chief Judge of the United States Court of Appeals for the Fifth Circuit has consented to the designation and assignment of the

### HONORABLE LEE H. ROSENTHAL

a Judge of the United States District Court for the Southern District of Texas for such service.

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, section 292(d), I do hereby designate and assign the Honorable Lee H. Rosenthal to perform judicial duties in the United States District Court for the Eastern District of California for the period or purpose stated and for such time as needed in advance to prepare and to issue necessary orders, or thereafter as required to complete unfinished business.

CHIEF JUSTICE OF THE UNITED STATES

Washington, D.C. 1/4/24

A True copy SCOTT S. HARRIS
Test:
Clerk of the Supreme Court of the United States
By _____
Deputy